JANUARY SCHOFIELD

25001 Magic Mountain Pkwy. #620

Valencia, CA. 91355

(661) 857-2120

**PLAINTIFF IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT
MAY 17, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AF___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD<br><br>PLAINTIFF<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.;<br><br>DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS)<br><br>**PROOF OF SERVICE OF SUMMONS** |

    I, Marissa Hernandez, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On May 15, 2023, I served the following documents on Defendant WENDY CONTRERAS, by personally serving the defendant's place of employment:

(1)  First Amended Complaint for Violation of Civil Rights (Docket #19)

(2)  Certificate of No Interested Parties (Docket #3)

(3)  Civil Case Cover Sheet (Docket #1-1)

January Schofield v. County of Los Angeles, et al.                Case No: 2:22-cv-05590-JGB (AS)

PG. 1
PROOF OF SERVICE OF SUMMONS

1. (4) Summons in Civil Action (Docket #20)
2. (5) Notice of Assignment (Docket #4)

Defendant WENDY CONTRERAS was served at the address and time indicated below:

**TIME OF DELIVERY**: 12:36 P.M.

**ATTN: Litigation Management Section, ABA218 Litigation Manager Lisa Pinto**

510 S. Vermont Ave., Ground Floor

Los Angeles, CA. 90020

Sworn under penalty of perjury pursuant to the laws of the State of California.

**DATED**: MAY 15, 2023

*(signature)*

**MARISSA HERNANDEZ**

January Schofield v. County of Los Angeles, et al.        Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS