1  JANUARY SCHOFIELD
2  25001 Magic Mountain Pkwy. #620
3  Valencia, CA. 91355
4  (661) 857-2120
5  **PLAINTIFF IN PRO PER**



FILED
CLERK, U.S. DISTRICT COURT
MAY 17, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ____AF____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JANUARY SCHOFIELD

PLAINTIFF

v.

COUNTY OF LOS ANGELES, et al.;

DEFENDANTS

Case No: 2:22-cv-05590-JGB (AS)

**PROOF OF SERVICE OF SUMMONS**

I, Marissa Hernandez, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On May 15, 2023, I served the following documents on Defendant KAREN LA, by personally serving the defendant's place of employment:

(1) First Amended Complaint for Violation of Civil Rights (Docket #19)
(2) Certificate of No Interested Parties (Docket #3)
(3) Civil Case Cover Sheet (Docket #1-1)
(4) Summons in Civil Action (Docket #20)

January Schofield v. County of Los Angeles, et al.    Case No: 2:22-cv-05590-JGB (AS)

PG. 1
PROOF OF SERVICE OF SUMMONS

1  (5)  Notice of Assignment (Docket #4)

3  Defendant KAREN LA was served at the address and time indicated below:

**TIME OF DELIVERY**: 12:36 P.M.

**ATTN: Litigation Management Section, ABA218 Litigation Manager Lisa Pinto**

510 S. Vermont Ave., Ground Floor

Los Angeles, CA. 90020

Sworn under penalty of perjury pursuant to the laws of the State of California.

**D**ATED: M**AY** 15, 2023                                 _____

                                                                                 **M**ARISSA **H**ERNANDEZ

January Schofield v. County of Los Angeles, et al.                    Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS