**JANUARY SCHOFIELD**

25001 Magic Mountain Pkwy. #620

Valencia, CA. 91355

(661) 857-2120

**PLAINTIFF IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT
MAY 17, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AF_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD<br><br>PLAINTIFF<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.;<br><br>DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS)<br><br>**PROOF OF SERVICE OF SUMMONS** |

I, Marissa Hernandez, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On May 5, 2021, I served the following documents on Defendant COUNTY OF LOS ANGELES, by personally serving the defendant's place of business:

(1) First Amended Complaint for Violation of Civil Rights (Docket #19)

(2) Certificate of No Interested Parties (Docket #3)

(3) Civil Case Cover Sheet (Docket #1-1)

January Schofield v. County of Los Angeles, et al.    Case No: 2:22-cv-05590-JGB (AS)

PG. 1
PROOF OF SERVICE OF SUMMONS

(4) Summons in Civil Action (Docket #20)

(5) Notice of Assignment (Docket #4)

Defendant COUNTY OF LOS ANGELES was served at the address and time indicated below:

**TIME OF DELIVERY**: 11:27 A.M.

**Clerk of the Board of Supervisors, received by Katherine Medina**

County of Los Angeles

500 W. Temple St. Room 383

Los Angeles, CA. 90012

Sworn under penalty of perjury pursuant to the laws of the State of California.

**Dated**: May 15, 2023

**Marissa Hernandez**

January Schofield v. County of Los Angeles, et al.   Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS