Jon F. Monroy, SBN 51175
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
200 N. Westlake Blvd., Ste 204
Westlake Village, CA 91362
(818) 400-4812

Attorneys for Defendants, COUNTY OF LOS ANGELES;
JUDY THOMAS; KAREN LA;
WENDY CONTRERAS; JULIET MACIAS;
LINDA FLORES; VERONICA BETANCOURT-PEREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD, an individual, <br><br>         Plaintiffs, <br>    vs. <br> COUNTY OF LOS ANGELES, et al. <br><br>         Defendants. <br> _____ | Case No.: 2:22-CV-05590-JGB (AS) <br><br> ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANTS COUNTY OF LOS ANGELES, JUDY THOMAS, KAREN LA, WENDY CONTRERAS, JULIET MACIAS, LINDA FLORES, VERONICA BETANCOURT-PEREZ,  REQUEST FOR JURY TRIAL |

COMES NOW, Defendants, COUNTY OF LOS ANGELES, JUDY THOMAS, KAREN LA, WENDY CONTRERAS, JULIET MACIAS, LINDA FLORES, VERONICA BETANCOURT-PEREZ, (hereinafter "County Defendants") and hereby answer each allegation against it, in Plaintiff's First Amended Complaint, as follows:

1.      In response to Paragraph 1 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

2.      In response to Paragraph 2 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

3.      In response to Paragraph 3 of Plaintiffs' First Amended Complaint, Defendants admit that jurisdiction is appropriate based on the allegations.

4.      In response to Paragraph 4 of Plaintiffs' First Amended Complaint, Defendants admit that venue is appropriate based on the allegations.

5.      In response to Paragraph 5 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

6.      In response to Paragraph 6 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

7.      In response to Paragraph 7 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

8.      In response to Paragraph 8 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

9.      In response to Paragraph 9 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

10.     In response to Paragraph 10 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

11.     In response to Paragraph 11 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

12.     In response to Paragraph 12 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

13.     In response to Paragraph 13 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

14.     In response to Paragraph 14 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

15.     In response to Paragraph 15 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

16.     In response to Paragraph 16 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

17.     In response to Paragraph 17 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

18.     In response to Paragraph 18 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

19.     In response to Paragraph 19 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

20. In response to Paragraph 20 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

21. In response to Paragraph 21 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

22. In response to Paragraph 22 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

23. In response to Paragraph 23 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

24. In response to Paragraph 24 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

25. In response to Paragraph 25 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

26. In response to Paragraph 26 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

27. In response to Paragraph 27 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

28. In response to Paragraph 28 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

29. In response to Paragraph 29 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

30.   In response to Paragraph 30 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

31.   In response to Paragraph 31 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

32.   In response to Paragraph 32 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

33.   In response to Paragraph 33 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

34.   In response to Paragraph 34 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

35.   In response to Paragraph 35 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

36.   In response to Paragraph 36 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

37.   In response to Paragraph 37 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

38.   In response to Paragraph 38 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

39.   In response to Paragraph 39 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

Answer to First Amended Complaint

40.   In response to Paragraph 40 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

41.   In response to Paragraph 41 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

42.   In response to Paragraph 42 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

43.   In response to Paragraph 43 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

44.   In response to Paragraph 44 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

45.   In response to Paragraph 45 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

46.   In response to Paragraph 46 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

47.   In response to Paragraph 47 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

48.   In response to Paragraph 48 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

49.   In response to Paragraph 49 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

50.   In response to Paragraph 50 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

51.   In response to Paragraph 51 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

52.   In response to Paragraph 52 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

53.   In response to Paragraph 53 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

54.   In response to Paragraph 54 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

55.   In response to Paragraph 55 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

56.   In response to Paragraph 56 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

57.   In response to Paragraph 57 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

58.   In response to Paragraph 58 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

59.   In response to Paragraph 59 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

60.     In response to Paragraph 60 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

61.     In response to Paragraph 61 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

62.     In response to Paragraph 62 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

63.     In response to Paragraph 63 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

64.     In response to Paragraph 64 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

65.     In response to Paragraph 65 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

66.     In response to Paragraph 66 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

67.     In response to Paragraph 67 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

68.     In response to Paragraph 68 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

69.     In response to Paragraph 69 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

70.   In response to Paragraph 70 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

71.   In response to Paragraph 71 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

72.   In response to Paragraph 72 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

73.   In response to Paragraph 73 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

74.   In response to Paragraph 74 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

75.   In response to Paragraph 75 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

76.   In response to Paragraph 76 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

77.   In response to Paragraph 77 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

78.   In response to Paragraph 78 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

79.   In response to Paragraph 79 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

80.    In response to Paragraph 80 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

81.    In response to Paragraph 81 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

82.    In response to Paragraph 82 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

83.    In response to Paragraph 83 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

84.    In response to Paragraph 84 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

85.    In response to Paragraph 85 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

86.    In response to Paragraph 86 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

87.    In response to Paragraph 87 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

88.    In response to Paragraph 88 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

89.    In response to Paragraph 89 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

90.   In response to Paragraph 90 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

91.   In response to Paragraph 91 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

92.   In response to Paragraph 92 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

93.   In response to Paragraph 93 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

94.   In response to Paragraph 94 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

95.   In response to Paragraph 95 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

96.   In response to Paragraph 96 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

97.   In response to Paragraph 97 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

98.   In response to Paragraph 98 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

99.   In response to Paragraph 99 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

100. In response to Paragraph 100 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

101. In response to Paragraph 101 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

102. In response to Paragraph 102 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

103. In response to Paragraph 103 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

104. In response to Paragraph 104 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

105. In response to Paragraph 105 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

106. In response to Paragraph 106 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

107. In response to Paragraph 107 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

108. In response to Paragraph 108 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

109. In response to Paragraph 109 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

110.   In response to Paragraph 110 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

111.   In response to Paragraph 111 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

112.   In response to Paragraph 112 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

113.   In response to Paragraph 113 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

114.   In response to Paragraph 114 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

115.   In response to Paragraph 115 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

116.   In response to Paragraph 116 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

117.   In response to Paragraph 117 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

118.   In response to Paragraph 118 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

119.   In response to Paragraph 119 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

120. In response to Paragraph 120 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

121. In response to Paragraph 121 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

122. In response to Paragraph 122 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

123. In response to Paragraph 123 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

124. In response to Paragraph 124 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

125. In response to Paragraph 125 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

126. In response to Paragraph 126 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

127. In response to Paragraph 127 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

128. In response to Paragraph 128 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

129. In response to Paragraph 129 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

130.   In response to Paragraph 130 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

131.   In response to Paragraph 131 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

132.   In response to Paragraph 132 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

133.   In response to Paragraph 133 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

134.   In response to Paragraph 134 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

135.   In response to Paragraph 135 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

136.   In response to Paragraph 136 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

137.   In response to Paragraph 137 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

138.   In response to Paragraph 138 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

139.   In response to Paragraph 139 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

140.   In response to Paragraph 140 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

141.   In response to Paragraph 141 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

142.   In response to Paragraph 142 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

143.   In response to Paragraph 143 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

144.   In response to Paragraph 144 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

145.   In response to Paragraph 145 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

146.   In response to Paragraph 146 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

147.   In response to Paragraph 147 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

148.   In response to Paragraph 148 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

149.   In response to Paragraph 149 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

150.   In response to Paragraph 150 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

151.   In response to Paragraph 151 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

152.   In response to Paragraph 152 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

153.   In response to Paragraph 153 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

154.   In response to Paragraph 154 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

155.   In response to Paragraph 155 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

156.   In response to Paragraph 156 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

157.   In response to Paragraph 157 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

158.   In response to Paragraph 158 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

159.   In response to Paragraph 159 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

Answer to First Amended Complaint

160.   In response to Paragraph 160 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

161.   In response to Paragraph 161 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

162.   In response to Paragraph 162 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

163.   In response to Paragraph 163 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

164.   In response to Paragraph 164 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

165.   In response to Paragraph 165 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

166.   In response to Paragraph 166 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

167.   In response to Paragraph 167 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

168.   In response to Paragraph 168 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

169.   In response to Paragraph 169 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

170.   In response to Paragraph 170 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

171.   In response to Paragraph 171 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

172.   In response to Paragraph 172 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

173.   In response to Paragraph 173 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

174.   In response to Paragraph 174 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

175.   In response to Paragraph 175 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

176.   In response to Paragraph 176 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

177.   In response to Paragraph 177 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

178.   In response to Paragraph 178 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

179.   In response to Paragraph 179 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

180. In response to Paragraph 180 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

181. In response to Paragraph 181 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

182. In response to Paragraph 182 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

183. In response to Paragraph 183 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

184. In response to Paragraph 184 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

185. In response to Paragraph 185 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

186. In response to Paragraph 186 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

187. In response to Paragraph 187 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

188. In response to Paragraph 188 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

189. In response to Paragraph 189 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

190.   In response to Paragraph 190 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

191.   In response to Paragraph 191 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

192.   In response to Paragraph 192 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

193.   In response to Paragraph 193 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

194.   In response to Paragraph 194 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

195.   In response to Paragraph 195 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

196.   In response to Paragraph 196 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

197.   In response to Paragraph 197 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

198.   In response to Paragraph 198 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

199.   In response to Paragraph 199 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

200.    In response to Paragraph 201 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

201.    In response to Paragraph 201 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

202.    In response to Paragraph 202 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

203.    In response to Paragraph 203 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

204.    In response to Paragraph 204 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

205.    In response to Paragraph 205 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

206.    In response to Paragraph 206 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

207.    In response to Paragraph 207 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

208.    In response to Paragraph 208 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

209.    In response to Paragraph 209 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

210.   In response to Paragraph 210 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

211.   In response to Paragraph 211 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

212.   In response to Paragraph 212 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

213.   In response to Paragraph 213 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

214.   In response to Paragraph 214 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

215.   In response to Paragraph 215 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

216.   In response to Paragraph 216 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

217.   In response to Paragraph 217 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

218.   In response to Paragraph 218 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

219.   In response to Paragraph 219 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

220. In response to Paragraph 220 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

221. In response to Paragraph 221 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

222. In response to Paragraph 222 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

223. In response to Paragraph 223 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

224. In response to Paragraph 224 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

225. In response to Paragraph 225 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

226. In response to Paragraph 226 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

227. In response to Paragraph 227 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

228. In response to Paragraph 228 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

229. In response to Paragraph 229 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

230.   In response to Paragraph 230 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

231.   In response to Paragraph 231 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

232.   In response to Paragraph 232 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

233.   In response to Paragraph 233 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

234.   In response to Paragraph 234 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

235.   In response to Paragraph 235 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

236.   In response to Paragraph 236 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

237.   In response to Paragraph 237 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

238.   In response to Paragraph 238 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

239.   In response to Paragraph 239 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

240. In response to Paragraph 240 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

241. In response to Paragraph 241 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

242. In response to Paragraph 242 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

243. In response to Paragraph 243 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

244. In response to Paragraph 244 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

245. In response to Paragraph 245 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

246. In response to Paragraph 246 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

247. In response to Paragraph 247 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

248. In response to Paragraph 248 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

249. In response to Paragraph 249 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

Answer to First Amended Complaint

250. In response to Paragraph 250 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

251. In response to Paragraph 251 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

252. In response to Paragraph 252 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

253. In response to Paragraph 253 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

254. In response to Paragraph 254 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

255. In response to Paragraph 255 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

256. In response to Paragraph 256 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

257. In response to Paragraph 257 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

258. In response to Paragraph 258 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

259. In response to Paragraph 259 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

Answer to First Amended Complaint

260.   In response to Paragraph 260 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

261.   In response to Paragraph 261 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

262.   In response to Paragraph 262 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

263.   In response to Paragraph 263 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

264.   These allegations pertain to a non-County defendant.

265.   These allegations pertain to a non-County defendant.

266.   These allegations pertain to a non-County defendant.

267.   These allegations pertain to a non-County defendant.

268.   These allegations pertain to a non-County defendant.

269.   These allegations pertain to a non-County defendant.

270.   These allegations pertain to a non-County defendant.

271.   These allegations pertain to a non-County defendant.

272.   These allegations pertain to a non-County defendant.

273.   These allegations pertain to a non-County defendant.

274.   These allegations pertain to a non-County defendant.

275.    In response to Paragraph 276 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

276.    In response to Paragraph 276 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

277.    In response to Paragraph 277 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

278.    In response to Paragraph 278 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

279.    In response to Paragraph 279 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

280.    In response to Paragraph 280 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

281.    In response to Paragraph 281 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

282.    In response to Paragraph 282 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

283.    In response to Paragraph 283 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

284.    In response to Paragraph 284 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

285.   In response to Paragraph 285 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

286.   In response to Paragraph 286 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

287.   In response to Paragraph 287 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

288.   In response to Paragraph 288 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

289.   In response to Paragraph 289 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

290.   In response to Paragraph 290 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

291.   In response to Paragraph 291 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

292.   In response to Paragraph 292 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

293.   In response to Paragraph 293 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

294.   In response to Paragraph 294 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

In addition to the preceding Answers and/or Responses to the specific allegations in Plaintiffs' First Amended Complaint, Defendants further raise the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

## FAILURE TO STATE A CAUSE OF ACTION

Defendants hereby allege that the First Amended Complaint herein fails to state facts sufficient to constitute a cause of action against these defendants; or, in the alternative, that this action should be dismissed under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

## DEFENSE OF LIMITATIONS

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint, and each cause of action thereof, Defendants allege that the time alleged in said complaint demonstrates that this action was not brought within the requisite statutory period.

## THIRD AFFIRMATIVE DEFENSE

## PLAINTIFFS' CONTRIBUTORY NEGLIGENCE

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint, and each cause of action thereof, Defendants allege that damages sustained by Plaintiffs if any, were legally caused and/or contributed to by

Plaintiffs' own acts, omissions, negligence and/or failure to take reasonable and necessary actions to eliminate, mitigate, lessen, reduce and/or minimize such damages, thus barring or reducing Plaintiffs' recovery.

## FOURTH AFFIRMATIVE DEFENSE

### ACTIONS OF OTHERS

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint, and each cause of action thereof, Defendants allege that the injuries alleged by Plaintiffs, if any, were legally caused by the negligence and/or conduct of other persons or entities, and these Answering Defendants request that an allocation of such negligence and liability be made among other persons or entities, and that if any liability is found on the part of these Answering Defendants, judgment against said Defendants only be in the amount which is proportionate to the extent and percentage by which these Answering Defendants' actual omission contributed to Plaintiffs' injuries or damages.

## FIFTH AFFIRMATIVE DEFENSE

### ASSUMPTION OF THE RISK

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint and each cause of action thereof, Defendants allege that Plaintiffs knowingly and voluntarily assumed the risk of the conduct, events and matter alleged in the subject complaint, and any injuries or damages sustained by

Plaintiffs was the sole, exclusive and legal result of risks so assumed, thereby barring or reducing Plaintiffs' recovery herein.

<u>SIXTH AFFIRMATIVE DEFENSE</u>

<u>NOT IN SCOPE OF EMPLOYMENT</u>

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint and each of action thereof, Defendants allege, without admitting any facts contained within the subject complaint, the individuals identified by Plaintiffs as involved in the alleged improper conduct were not acting within the course and scope of any employment or agency with these Answering Defendants at the time of the subject incident(s) and, therefore, these Answering Defendants are not responsible nor liable for the alleged wrongful conduct.

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

<u>FAILURE TO MITIGATE DAMAGES</u>

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint and each cause of action thereof, Defendants allege that Plaintiffs are barred from recovery herein, in whole or in part, by reason of their failure to mitigate damages.

<u>EIGHTH AFFIRMATIVE DEFENSE</u>

<u>AUTHORIZED CONDUCT</u>

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint and each cause of action thereof, Defendants allege that, pursuant to California <u>Welfare and Institutions Code</u>, Sections 300, 305, 307 and 309, the actions of these Answering Defendants were reasonable, proper, authorized and lawful.

NINTH AFFIRMATIVE DEFENSE

IMMUNITY

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint and each cause of action thereof, Defendants allege that, pursuant to California <u>Government Code</u>, Sections 815, 815.2, 815.6, 820.2, 820.4, 821.4, these Answering Defendants are immune from liability, and the actions of these Answering Defendants were reasonable, proper, authorized and lawful.

TENTH AFFIRMATIVE DEFENSE

IMMUNITY

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint and each cause of action thereof, Defendants allege that, pursuant to Federal and State law and decisional authority, including <u>Meyers v. Contra Costa County Department of Social Services</u> 812 F.2d 1154, (9th Cir. 1987), it is immune from the claims, causes of action and allegations of plaintiff.

ELEVENTH AFFIRMATIVE DEFENSE

## IMMUNITY

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint, and each cause of action thereof, Defendants allege, that pursuant to Federal and State statutory and decisional authority, including California Government Code, Section 820.2;  F.E. Trotter, Inc. v. Watkins (9th Cir. 1989) 869 F.2d 1312, 1314; Harlow v. Fitzgerald (1982) 457 U.S. 800, 818, 102 S.Ct. 2727, 2738, 73 L.Ed.2d 396;  Imbler v. Pachtman (1976) 424 U.S. 409; Gensburg v. Miller (1994) 31 Cal.App.4th 512; Butz v. Economou (1978) 438 U.S. 478; Demery v. Kupperman (9th Cir. 1984) 735 F.2d 1139;  Becerra v. County of Santa Cruz (1999) 68 Cal.App.4th 1450, 81 Cal.Rptr.2d 165, citing Ronald S. v. County of San Diego (1993) 16 Cal.App.4th 887, 898, it is immune from the claims, causes of action and allegations by plaintiffs.

## TWELFTH AFFIRMATIVE DEFENSE

## NO LIABILITY FOR PUNITIVE DAMAGES

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint and each cause of action thereof, Defendants allege that, pursuant to California Government Code, Section 818, these answering Defendants cannot be liable for punitive and/or exemplary damages pursuant to California Civil Code, Section 3294 and applicable Federal Law and decisional authority.

## THIRTEENTH AFFIRMATIVE DEFENSE

Answer to First Amended Complaint

<u>LACK OF EVIDENCE JUSTIFYING PUNITIVE DAMAGES</u>

As a further, separate and affirmative defense to Plaintiffs' First Amended Complaint and each cause of action thereof, Defendants allege that any of Defendants' conduct, actions and/or omissions as alleged by Plaintiffs fails to meet the definitional standards of "malice," "oppression," and/or "fraud" pursuant to California <u>Civil Code</u>, Section 3294, to justify an award of punitive and/or exemplary damages.  Further, Defendants allege that Plaintiffs' Complaint fails to meet a clear and convincing burden of proof to justify an award of punitive and/or exemplary damages against these Answering Defendants, as required by California <u>Civil Code</u>, Section 3294, and applicable Federal Law and decisional authority.

<u>FOURTEENTH AFFIRMATIVE DEFENSE</u>

<u>ABSTENTION</u>

As a further, separate affirmative defense to plaintiffs' First Amended Complaint, and each cause of action thereof, defendant asserts this Court should abstain from jurisdiction of this matter due to ongoing state court proceedings.

<u>FIFTEENTH AFFIRMATIVE DEFENSE</u>

<u>COLLATERAL ESTOPPEL</u>

As a further, separate affirmative defense to plaintiffs' First Amended Complaint, and each cause of action thereof, defendants assert that plaintiff is

collaterally estopped from pursuing this action, based on the rulings / findings of the dependency court and/or the court of appeal relative to those proceedings.

SIXTEENTH AFFIRMATIVE DEFENSE

FAILURE TO COMPLY WITH GOVERNMENT TORT CLAIMS ACT

As a further, separate affirmative defense to plaintiffs' First Amended Complaint, and each cause of action thereof, defendants assert that plaintiff's action is barred due to the failure to comply with the Government Tort Claims presentation requirements including California Government Code Section 910 et seq., 911.2, 911.4, 946.6, 945.4 et al., and may be at variance with the allegations of the complaint.

SEVENTEENTH AFFIRMATIVE DEFENSE

IMMUNITY

As a further, separate affirmative defense to plaintiffs' First Amended Complaint, and each cause of action thereof, defendants assert that they are immune from suit, pursuant to Government Code, Sections 845.8, 815(a), 818.8 and 820.2.

WHEREFORE, these Answering Defendants pray for judgment as follows:

1.   That Plaintiff take nothing by this action;

2.   That this action be dismissed;

3.   That Defendants be awarded its costs of suit herein; and,

Answer to First Amended Complaint

4.   For such other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. Section 1988, and that if these Answering Defendants are found liable, the degree of responsibility and liability for the resulting damage be determined so that Defendants may be held liable only for that portion of the total damage in proportion to its liability for same.

DATED:  June 5, 2023                    MONROY, AVERBUCK & GYSLER


_Jennifer E. Gysler_____.
JON F. MONROY
JENNIFER E. GYSLER
Attorneys for Defendants
COUNTY OF LOS ANGELES,
JUDY THOMAS, KAREN LA, WENDY
CONTRERAS, JULIET MACIAS, LINDA
FLORES, VERONICA BETANCOURT-
PEREZ

<u>REQUEST FOR JURY TRIAL</u>

Defendants hereby request a Trial by jury.

DATED:  June 5, 2023                    MONROY, AVERBUCK & GYSLER


_Jennifer E. Gysler_____.
JON F. MONROY
JENNIFER E. GYSLER
Attorneys for Defendants
COUNTY OF LOS ANGELES,
JUDY THOMAS, KAREN LA, WENDY
CONTRERAS, JULIET MACIAS, LINDA
FLORES, VERONICA BETANCOURT-
PEREZ

**PROOF OF SERVICE**
**STATE OF CALIFORNIA – COUNTY OF LOS ANGELES**
**CCP 1013(A)**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 200 Lindero Canyon Road, Suite 204, Westlake Village, CA 91362.

On June 5, 2023, I caused to be served the foregoing document described as on the interested parties in this action as follows:

ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

[ ] **By telecopier:**  By transmitting an accurate copy via telecopy to the person and telephone number as follows:

[ x ] by placing [  ] the original  [  ] a true copy thereof enclosed in sealed envelopes addressed as follows:

January Schofield
25001 Magic Mountain Pkwy, #620
Valencia, CA 91355
[X] per ECF System
[ X ] **BY MAIL:**
[  ]     I deposited such envelope in the mail at Westlake Village, California.  The envelope was mailed with postage thereon fully prepaid.
[ X ] As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
 [  ]  **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand, to addressee or offices of addressee.
[X]  **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ]  **(FEDERAL)**     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
**Executed on June 5, 2023, at Westlake Village, California.**

Jennifer Gysler          *Jennifer Gysler*                .