1  JANUARY SCHOFIELD
2  25001 Magic Mountain Pkwy. #620
3  Valencia, CA. 91355
4  (661) 857-2120
5  **PLAINTIFF IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT
JUNE 5, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AF___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JANUARY SCHOFIELD

PLAINTIFF

v.

COUNTY OF LOS ANGELES, et al.;

DEFENDANTS

Case No: 2:22-cv-05590-JGB (AS)

**PROOF OF SERVICE OF SUMMONS**

I, Marissa Hernandez, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On May 25, 2023, I served the following documents on Defendant JUDY THOMAS, by personally serving the defendant by Priority Mail Express 2-Day:

(1) First Amended Complaint for Violation of Civil Rights (Docket #19)
(2) Certificate of No Interested Parties (Docket #3)
(3) Civil Case Cover Sheet (Docket #1-1)
(4) Summons in Civil Action (Docket #20)

---

January Schofield v. County of Los Angeles, et al.    Case No: 2:22-cv-05590-JGB (AS)

(5) Notice of Assignment (Docket #4)

Defendant JUDY THOMAS was served at the address and time indicated below:

**TIME OF DELIVERY**: 11:16 A.M.

**ATTN: Judy Thomas**

14241 SW Fanno Creek Ct

Tigard, OR 97224

Sworn under penalty of perjury pursuant to the laws of the State of California.

**D**ATED: J**UNE** 4, 2023

_____

**M**ARISSA **H**ERNANDEZ

January Schofield v. County of Los Angeles, et al.   Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS