**DAUGHERTY LORDAN LLP**
ASHLEIGH R. KASPER, SB# 294963
    E-Mail: Ashleigh.Kasper@daughertylordan.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.6005

Attorneys for Maryvale

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANUARY SCHOFIELD, an individual, | Case No. 2:22-cv-05590-JGB (AS) |
| Plaintiff, | **DEFENDANT MARYVALE'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES** |
| vs. | |
| COUNTY OF LOS ANGELES, a municipal entity; JUDY THOMAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; KAREN LA, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; WENDY CONTRERAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; JULIET MACIAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; LINDA FLORES, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; VERONICA BETANCOURT-PAREZ, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; MARYVALE, a California Corporation; and DOES 1-15 | Trial Date:          None Set |
| Defendants. | |

93270865.1

Defendant MARYVALE, by and through its counsel of record, submits its Answer to the First Amended Complaint ("Complaint") of Plaintiff JANUARY SCHOFIELD ("Plaintiff") as follows:

**PRELIMINARY STATEMENT**

By way of a general response, all allegations are denied unless specifically admitted, and any factual averment admitted is admitted only as to the specific facts and not as to any conclusions, characterizations, implications or speculations which are contained in the averment or in the Complaint as a whole. These comments and objections are incorporated, to the extent appropriate, into each numbered paragraph of this Answer. Defendant has not yet completed its investigation of the facts giving rise to this action. Accordingly, these responses are made without prejudice to Defendant's right to amend its Answer prior to or at the time of trial or otherwise use any additional information it may obtain as a result of its investigation.

**ANSWER**

**INTRODUCTION**

1.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 1 of the Complaint, and on that basis denies each and every allegation contained therein.

2.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 2 of the Complaint, and on that basis denies each and every allegation contained therein.

JURSIDICTION AND VENUE

3.     The allegations in Paragraph 3 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required, Defendant denies the allegations in Paragraph 3 of the Complaint.

4.     The allegations in Paragraph 4 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required, Defendant denies the allegations in Paragraph 4 of the Complaint.

5.    The allegations in Paragraph 5 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required, Defendant denies the allegations in Paragraph 5 of the Complaint.

PARTIES

6.    The allegations in Paragraph 6 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required, Defendant denies the allegations in Paragraph 6 of the Complaint.

7.    The allegations in Paragraph 7 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required, Defendant denies the allegations in Paragraph 7 of the Complaint.

8.    The allegations in Paragraph 8 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required, Defendant admits the allegations in Paragraph 8 of the Complaint.

9.    The allegations in Paragraph 9 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required, Defendant denies the allegations in Paragraph 9 of the Complaint.

**A.    Defendant County of Los Angeles**

10.    The allegations in Paragraph 10 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required, Defendant denies the allegations in Paragraph 10 of the Complaint.

11.    The allegations in Paragraph 11 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required, Defendant denies the allegations in Paragraph 11 of the Complaint.

12.    The allegations in Paragraph 12 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required, Defendant denies the allegations in Paragraph 12 of the Complaint.

13.    The allegations in Paragraph 13 of the Complaint contain legal conclusions, which do not require an admission or denial. If a response is required,

1    Defendant denies the allegations in Paragraph 13 of the Complaint.

2        14.    The allegations in Paragraph 14 of the Complaint contain legal
3    conclusions, which do not require an admission or denial.  If a response is required,
4    Defendant denies the allegations in Paragraph 14 of the Complaint.

5        15.    The allegations in Paragraph 15 of the Complaint contain legal
6    conclusions, which do not require an admission or denial.  If a response is required,
7    Defendant denies the allegations in Paragraph 15 of the Complaint.

8    **B.    Initial Monell Claims**

9        16.    Defendant is without sufficient knowledge or information to form a
10   belief as to the allegations contained in Paragraph 16 of the Complaint, and on that
11   basis denies each and every allegation contained therein.

12       17.    Defendant is without sufficient knowledge or information to form a
13   belief as to the allegations contained in Paragraph 17 of the Complaint, and on that
14   basis denies each and every allegation contained therein.

15       18.    Defendant is without sufficient knowledge or information to form a
16   belief as to the allegations contained in Paragraph 18 of the Complaint, and on that
17   basis denies each and every allegation contained therein.

18       19.    Defendant is without sufficient knowledge or information to form a
19   belief as to the allegations contained in Paragraph 19 of the Complaint, and on that
20   basis denies each and every allegation contained therein.

21       20.    Defendant is without sufficient knowledge or information to form a
22   belief as to the allegations contained in Paragraph 20 of the Complaint, and on that
23   basis denies each and every allegation contained therein.

24       21.    Defendant is without sufficient knowledge or information to form a
25   belief as to the allegations contained in Paragraph 21 of the Complaint, and on that
26   basis denies each and every allegation contained therein.

27       22.    Defendant is without sufficient knowledge or information to form a
28   belief as to the allegations contained in Paragraph 22 of the Complaint, and on that

basis denies each and every allegation contained therein.

23.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 23 of the Complaint, and on that basis denies each and every allegation contained therein.

24.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 24 of the Complaint, and on that basis denies each and every allegation contained therein.

25.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 25 of the Complaint, and on that basis denies each and every allegation contained therein.

26.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 26 of the Complaint, and on that basis denies each and every allegation contained therein.

27.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 27 of the Complaint, and on that basis denies each and every allegation contained therein.

28.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 28 of the Complaint, and on that basis denies each and every allegation contained therein.

Individual Defendant Social Workers

29.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 29 of the Complaint, and on that basis denies each and every allegation contained therein.

30.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 30 of the Complaint, and on that basis denies each and every allegation contained therein.

31.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 31 of the Complaint, and on that

basis denies each and every allegation contained therein.

32.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 32 of the Complaint, and on that basis denies each and every allegation contained therein.

33.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 33 of the Complaint, and on that basis denies each and every allegation contained therein.

34.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 34 of the Complaint, and on that basis denies each and every allegation contained therein.

**C.     Doe Defendants**

35.     The allegations in Paragraph 35 of the Complaint contain legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 35 of the Complaint.

36.     The allegations in Paragraph 36 of the Complaint contain legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 36 of the Complaint.

37.     The allegations in Paragraph 37 of the Complaint contain legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 37 of the Complaint.

**FACTUAL ALLEGATIONS**

38.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 38 of the Complaint, and on that basis denies each and every allegation contained therein.

39.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 39 of the Complaint, and on that basis denies each and every allegation contained therein.

40.     Defendant is without sufficient knowledge or information to form a

belief as to the allegations contained in Paragraph 40 of the Complaint, and on that basis denies each and every allegation contained therein.

41.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 41 of the Complaint, and on that basis denies each and every allegation contained therein.

42.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 42 of the Complaint, and on that basis denies each and every allegation contained therein.

43.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 43 of the Complaint, and on that basis denies each and every allegation contained therein.

44.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 44 of the Complaint, and on that basis denies each and every allegation contained therein.

45.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 45 of the Complaint, and on that basis denies each and every allegation contained therein.

**Initial DCFS Response**

46.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 46 of the Complaint, and on that basis denies each and every allegation contained therein.

47.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 47 of the Complaint, and on that basis denies each and every allegation contained therein.

48.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 48 of the Complaint, and on that basis denies each and every allegation contained therein.

49.     Defendant is without sufficient knowledge or information to form a

belief as to the allegations contained in Paragraph 49 of the Complaint, and on that basis denies each and every allegation contained therein.

50.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 50 of the Complaint, and on that basis denies each and every allegation contained therein.

Thomas Presents Deceptive Evidence to the Juvenile Court (Protective Custody Warrant)

51.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 51 of the Complaint, and on that basis denies each and every allegation contained therein.

52.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 52 of the Complaint, and on that basis denies each and every allegation contained therein.

53.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 53 of the Complaint, and on that basis denies each and every allegation contained therein.

**Thomas and La Present Deceptive Evidence to the Juvenile Court (Detention Hearing)**

54.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 54 of the Complaint, and on that basis denies each and every allegation contained therein.

55.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 55 of the Complaint, and on that basis denies each and every allegation contained therein.

56.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 56 of the Complaint, and on that basis denies each and every allegation contained therein.

57.     Defendant is without sufficient knowledge or information to form a

belief as to the allegations contained in Paragraph 57 of the Complaint, and on that basis denies each and every allegation contained therein.

58.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 58 of the Complaint, and on that basis denies each and every allegation contained therein.

59.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 59 of the Complaint, and on that basis denies each and every allegation contained therein.

**Thomas and/or La and/or DOES 1 through 5 FAIL to Provide Jani Continued Safety and Security and Even Minimally-Adequate Mental Health Care**

60.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 60 of the Complaint, and on that basis denies each and every allegation contained therein.

61.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 61 of the Complaint, and on that basis denies each and every allegation contained therein.

62.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 62 of the Complaint, and on that basis denies each and every allegation contained therein.

63.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 63 of the Complaint, and on that basis denies each and every allegation contained therein.

64.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 64 of the Complaint, and on that basis denies each and every allegation contained therein.

65.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 65 of the Complaint, and on that basis denies each and every allegation contained therein.

66.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 66 of the Complaint, and on that basis denies each and every allegation contained therein.

67.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 67 of the Complaint, and on that basis denies each and every allegation contained therein.

68.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 68 of the Complaint, and on that basis denies each and every allegation contained therein.

69.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 69 of the Complaint, and on that basis denies each and every allegation contained therein.

70.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 70 of the Complaint, and on that basis denies each and every allegation contained therein.

71.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 71 of the Complaint, and on that basis denies each and every allegation contained therein.

72.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 72 of the Complaint, and on that basis denies each and every allegation contained therein.

73.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 73 of the Complaint, and on that basis denies each and every allegation contained therein.

74.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 74 of the Complaint, and on that basis denies each and every allegation contained therein.

75.     Defendant is without sufficient knowledge or information to form a

belief as to the allegations contained in Paragraph 75 of the Complaint, and on that basis denies each and every allegation contained therein.

76.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 76 of the Complaint, and on that basis denies each and every allegation contained therein.

77.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 77 of the Complaint, and on that basis denies each and every allegation contained therein.

78.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 78 of the Complaint, and on that basis denies each and every allegation contained therein.

**Defendants Fail to Ensure Jani Receives Essential Mental/Behavioral Health Care, and Fail to Keep her Safe and Secure**

79.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 79 of the Complaint, and on that basis denies each and every allegation contained therein.

80.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 80 of the Complaint, and on that basis denies each and every allegation contained therein.

81.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 81 of the Complaint, and on that basis denies each and every allegation contained therein.

82.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 82 of the Complaint, and on that basis denies each and every allegation contained therein.

83.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 83 of the Complaint, and on that basis denies each and every allegation contained therein.

84.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 84 of the Complaint, and on that basis denies each and every allegation contained therein.

85.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 85 of the Complaint, and on that basis denies each and every allegation contained therein.

86.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 86 of the Complaint, and on that basis denies each and every allegation contained therein.

87.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 87 of the Complaint, and on that basis denies each and every allegation contained therein.

88.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 88 of the Complaint, and on that basis denies each and every allegation contained therein.

89.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 89 of the Complaint, and on that basis denies each and every allegation contained therein.

90.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 90 of the Complaint, and on that basis denies each and every allegation contained therein.

91.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 91 of the Complaint, and on that basis denies each and every allegation contained therein.

92.     Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 92 of the Complaint, and on that basis denies each and every allegation contained therein.

93.     Defendant is without sufficient knowledge or information to form a

belief as to the allegations contained in Paragraph 93 of the Complaint, and on that basis denies each and every allegation contained therein.

94.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 94 of the Complaint, and on that basis denies each and every allegation contained therein.

95.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 95 of the Complaint, and on that basis denies each and every allegation contained therein.

96.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 96 of the Complaint, and on that basis denies each and every allegation contained therein.

97.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 97 of the Complaint, and on that basis denies each and every allegation contained therein.

98.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 98 of the Complaint, and on that basis denies each and every allegation contained therein.

99.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 99 of the Complaint, and on that basis denies each and every allegation contained therein.

100.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 100 of the Complaint, and on that basis denies each and every allegation contained therein.

101.    Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 101 of the Complaint, and on that basis denies each and every allegation contained therein.

102.    Defendant admits that Plaintiff was placed at Maryvale in or around April 2019 and that Maryvale is a level 12 facility.  Defendant is without sufficient

knowledge or information to form a belief as to the remaining allegations contained in Paragraph 102 of the Complaint, and on that basis denies each and every remaining allegation contained therein.

103.   Defendant admits the allegations in Paragraph 103 of the Complaint.

104.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 104 of the Complaint, and on that basis denies each and every allegation contained therein.

105.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 105 of the Complaint, and on that basis denies each and every allegation contained therein.

106.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 106 of the Complaint, and on that basis denies each and every allegation contained therein.

107.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 107 of the Complaint, and on that basis denies each and every allegation contained therein.

108.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 108 of the Complaint, and on that basis denies each and every allegation contained therein.

109.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 109 of the Complaint, and on that basis denies each and every allegation contained therein.

110.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 110 of the Complaint, and on that basis denies each and every allegation contained therein.

111.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 111 of the Complaint, and on that basis denies each and every allegation contained therein.

112.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 112 of the Complaint, and on that basis denies each and every allegation contained therein.

113.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 113 of the Complaint, and on that basis denies each and every allegation contained therein.

114.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 114 of the Complaint, and on that basis denies each and every allegation contained therein.

115.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 115 of the Complaint, and on that basis denies each and every allegation contained therein.

116.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 116 of the Complaint, and on that basis denies each and every allegation contained therein.

117.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 117 of the Complaint, and on that basis denies each and every allegation contained therein.

118.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 118 of the Complaint, and on that basis denies each and every allegation contained therein.

119.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 119 of the Complaint, and on that basis denies each and every allegation contained therein.

120.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 120 of the Complaint, and on that basis denies each and every allegation contained therein.

121.   Defendant is without sufficient knowledge or information to form a

1  belief as to the allegations contained in Paragraph 121 of the Complaint, and on that

2  basis denies each and every allegation contained therein.

3     122.   Defendant is without sufficient knowledge or information to form a

4  belief as to the allegations contained in Paragraph 122 of the Complaint, and on that

5  basis denies each and every allegation contained therein.

6  **Defendants Present Deceptive Evidence to the Juvenile Court to Continue the**

7  **Removal of Plaintiff**

8     123.   Defendant is without sufficient knowledge or information to form a

9  belief as to the allegations contained in Paragraph 123 of the Complaint, and on that

10  basis denies each and every allegation contained therein.

11     124.   Defendant is without sufficient knowledge or information to form a

12  belief as to the allegations contained in Paragraph 124 of the Complaint, and on that

13  basis denies each and every allegation contained therein.

14     125.   Defendant is without sufficient knowledge or information to form a

15  belief as to the allegations contained in Paragraph 125 of the Complaint, and on that

16  basis denies each and every allegation contained therein.

17     126.   Defendant is without sufficient knowledge or information to form a

18  belief as to the allegations contained in Paragraph 126 of the Complaint, and on that

19  basis denies each and every allegation contained therein.

20     127.   Defendant is without sufficient knowledge or information to form a

21  belief as to the allegations contained in Paragraph 127 of the Complaint, and on that

22  basis denies each and every allegation contained therein.

23     128.   Defendant is without sufficient knowledge or information to form a

24  belief as to the allegations contained in Paragraph 128 of the Complaint, and on that

25  basis denies each and every allegation contained therein.

26     129.   Defendant is without sufficient knowledge or information to form a

27  belief as to the allegations contained in Paragraph 129 of the Complaint, and on that

28  basis denies each and every allegation contained therein.

1   130.   Defendant is without sufficient knowledge or information to form a

2   belief as to the allegations contained in Paragraph 130 of the Complaint, and on that

3   basis denies each and every allegation contained therein.

4   131.   Defendant is without sufficient knowledge or information to form a

5   belief as to the allegations contained in Paragraph 131 of the Complaint, and on that

6   basis denies each and every allegation contained therein.

7   132.   Defendant is without sufficient knowledge or information to form a

8   belief as to the allegations contained in Paragraph 132 of the Complaint, and on that

9   basis denies each and every allegation contained therein.

10   133.   Defendant is without sufficient knowledge or information to form a

11   belief as to the allegations contained in Paragraph 133 of the Complaint, and on that

12   basis denies each and every allegation contained therein.

13   134.   Defendant is without sufficient knowledge or information to form a

14   belief as to the allegations contained in Paragraph 134 of the Complaint, and on that

15   basis denies each and every allegation contained therein.

16   135.   Defendant is without sufficient knowledge or information to form a

17   belief as to the allegations contained in Paragraph 135 of the Complaint, and on that

18   basis denies each and every allegation contained therein.

19   136.   Defendant is without sufficient knowledge or information to form a

20   belief as to the allegations contained in Paragraph 136 of the Complaint, and on that

21   basis denies each and every allegation contained therein.

22   137.   Defendant is without sufficient knowledge or information to form a

23   belief as to the allegations contained in Paragraph 137 of the Complaint, and on that

24   basis denies each and every allegation contained therein.

25   138.   Defendant is without sufficient knowledge or information to form a

26   belief as to the allegations contained in Paragraph 138 of the Complaint, and on that

27   basis denies each and every allegation contained therein.

28   139.   Defendant is without sufficient knowledge or information to form a

1  belief as to the allegations contained in Paragraph 139 of the Complaint, and on that
2  basis denies each and every allegation contained therein.

3      140.   Defendant is without sufficient knowledge or information to form a
4  belief as to the allegations contained in Paragraph 140 of the Complaint, and on that
5  basis denies each and every allegation contained therein.

6      141.   Defendant is without sufficient knowledge or information to form a
7  belief as to the allegations contained in Paragraph 141 of the Complaint, and on that
8  basis denies each and every allegation contained therein.

9      142.   Defendant is without sufficient knowledge or information to form a
10  belief as to the allegations contained in Paragraph 142 of the Complaint, and on that
11  basis denies each and every allegation contained therein.

12      143.   Defendant is without sufficient knowledge or information to form a
13  belief as to the allegations contained in Paragraph 143 of the Complaint, and on that
14  basis denies each and every allegation contained therein.

15      144.   Defendant denies the allegations contained in Paragraph 144 of the
16  Complaint.

17      145.   Defendant is without sufficient knowledge or information to form a
18  belief as to the allegations contained in Paragraph 145 of the Complaint, and on that
19  basis denies each and every allegation contained therein.

20      146.   Defendant is without sufficient knowledge or information to form a
21  belief as to the allegations contained in Paragraph 146 of the Complaint, and on that
22  basis denies each and every allegation contained therein.

23      147.   Defendant is without sufficient knowledge or information to form a
24  belief as to the allegations contained in Paragraph 147 of the Complaint, and on that
25  basis denies each and every allegation contained therein.

26      148.   Defendant is without sufficient knowledge or information to form a
27  belief as to the allegations contained in Paragraph 148 of the Complaint, and on that
28  basis denies each and every allegation contained therein.

149.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 149 of the Complaint, and on that basis denies each and every allegation contained therein.

150.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 150 of the Complaint, and on that basis denies each and every allegation contained therein.

151.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 151 of the Complaint, and on that basis denies each and every allegation contained therein.

152.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 152 of the Complaint, and on that basis denies each and every allegation contained therein.

153.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 153 of the Complaint, and on that basis denies each and every allegation contained therein.

154.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 154 of the Complaint, and on that basis denies each and every allegation contained therein.

155.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 155 of the Complaint, and on that basis denies each and every allegation contained therein.

156.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 156 of the Complaint, and on that basis denies each and every allegation contained therein.

157.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 157 of the Complaint, and on that basis denies each and every allegation contained therein.

158.   Defendant is without sufficient knowledge or information to form a

belief as to the allegations contained in Paragraph 158 of the Complaint, and on that basis denies each and every allegation contained therein.

159.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 159 of the Complaint, and on that basis denies each and every allegation contained therein.

160.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 160 of the Complaint, and on that basis denies each and every allegation contained therein.

161.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 161 of the Complaint, and on that basis denies each and every allegation contained therein.

**Jani's Medical Trial Started Over Again**

162.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 162 of the Complaint, and on that basis denies each and every allegation contained therein.

163.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 163 of the Complaint, and on that basis denies each and every allegation contained therein.

**Jani was Deprived of her Educational Rights**

164.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 164 of the Complaint, and on that basis denies each and every allegation contained therein.

165.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 165 of the Complaint, and on that basis denies each and every allegation contained therein.

166.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 166 of the Complaint, and on that basis denies each and every allegation contained therein.

1  167.   Defendant is without sufficient knowledge or information to form a
2  belief as to the allegations contained in Paragraph 167 of the Complaint, and on that
3  basis denies each and every allegation contained therein.

4  168.   Defendant is without sufficient knowledge or information to form a
5  belief as to the allegations contained in Paragraph 168 of the Complaint, and on that
6  basis denies each and every allegation contained therein.

7  169.   Defendant is without sufficient knowledge or information to form a
8  belief as to the allegations contained in Paragraph 169 of the Complaint, and on that
9  basis denies each and every allegation contained therein.

10  **Jani was Deprived of her Female Reproductive Rights**

11  170.   Defendant is without sufficient knowledge or information to form a
12  belief as to the allegations contained in Paragraph 170 of the Complaint, and on that
13  basis denies each and every allegation contained therein.

14  171.   Defendant is without sufficient knowledge or information to form a
15  belief as to the allegations contained in Paragraph 171 of the Complaint, and on that
16  basis denies each and every allegation contained therein.

17  172.   Defendant is without sufficient knowledge or information to form a
18  belief as to the allegations contained in Paragraph 172 of the Complaint, and on that
19  basis denies each and every allegation contained therein.

20  **Jani Returns Home After Aging out of the System**

21  173.   Defendant is without sufficient knowledge or information to form a
22  belief as to the allegations contained in Paragraph 173 of the Complaint, and on that
23  basis denies each and every allegation contained therein.

24  174.   Defendant is without sufficient knowledge or information to form a
25  belief as to the allegations contained in Paragraph 174 of the Complaint, and on that
26  basis denies each and every allegation contained therein.

27  175.   Defendant is without sufficient knowledge or information to form a
28  belief as to the allegations contained in Paragraph 175 of the Complaint, and on that

basis denies each and every allegation contained therein.

176.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 176 of the Complaint, and on that basis denies each and every allegation contained therein.

177.   Defendant is without sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 177 of the Complaint, and on that basis denies each and every allegation contained therein.

## DAMAGES

178.   The allegations contained in Paragraph 178 of the Complaint are legal conclusions which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 178 of the Complaint.

179.   The allegations contained in Paragraph 179 of the Complaint are legal conclusions which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 179 of the Complaint.

## FIRST CAUSE OF ACTION

(42 U.S.C. Sections 1983)

VIOLATION UNDER THE UNITED STATES CONSTITUTION – VIOLATION OF CIVIL RIGHTS

FOURTH AND FOURTEENTH AMENDMENT REMOVAL BY FRAUDULENT WARRANT against County, Thomas, La, and Does 1 through 5

180.   The allegations contained in Paragraph 180 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 180 of the Complaint.

181.   The allegations contained in Paragraph 181 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 181 of the Complaint.

182.   The allegations contained in Paragraph 182 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in

Paragraph 182 of the Complaint.

183.   The allegations contained in Paragraph 183 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 183 of the Complaint.

184.   The allegations contained in Paragraph 184 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 184 of the Complaint.

185.   The allegations contained in Paragraph 185 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 185 of the Complaint.

186.   The allegations contained in Paragraph 186 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 186 of the Complaint.

187.   The allegations contained in Paragraph 187 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 187 of the Complaint.

188.   The allegations contained in Paragraph 188 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 188 of the Complaint.

189.   The allegations contained in Paragraph 189 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 189 of the Complaint.

## SECOND CAUSE OF ACTION

(42 U.S.C. Sections 1983)

VIOLATION UNDER THE UNITED STATES CONSTITUTION – VIOLATION OF CIVIL RIGHTS

FOURTH AND FOURTEENTH AMENDMENT CONTINUED REMOVAL OF PLAINTIFF against County, Thomas, and La

190.   The allegations contained in Paragraph 190 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 190 of the Complaint.

191.   The allegations contained in Paragraph 191 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 191 of the Complaint.

192.   The allegations contained in Paragraph 192 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 192 of the Complaint.

193.   The allegations contained in Paragraph 193 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 193 of the Complaint.

194.   The allegations contained in Paragraph 194 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 194 of the Complaint.

195.   The allegations contained in Paragraph 195 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 195 of the Complaint.

196.   The allegations contained in Paragraph 196 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 196 of the Complaint.

197.   The allegations contained in Paragraph 197 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 197 of the Complaint.

198.   The allegations contained in Paragraph 198 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 198 of the Complaint.

199.   The allegations contained in Paragraph 199 of the Complaint are not pled

against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 199 of the Complaint.

200.   The allegations contained in Paragraph 200 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 200 of the Complaint.

201.   The allegations contained in Paragraph 201 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 201 of the Complaint.

## **THIRD CAUSE OF ACTION**

(42 U.S.C. Sections 1983)

VIOLATION UNDER THE UNITED STATES CONSTITUTION – VIOLATION OF CIVIL RIGHTS

FIRST, FOURTH, AND FOURTEENTH AMEDMENT INITIAL AND CONTINUED DETENTION BY FABRICATION AND DECEPTIVE PRESENTATION OF EVIDENCE against County, Judy Thomas, Karen La, Wendy Contreras, Juliet Macias, Linda Flores, Veronica Betancourt-Parez, and Does 1 through 5

202.   The allegations contained in Paragraph 202 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 202 of the Complaint.

203.   The allegations contained in Paragraph 203 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 203 of the Complaint.

204.   The allegations contained in Paragraph 204 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 204 of the Complaint.

205.   The allegations contained in Paragraph 205 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in

25

1  Paragraph 205 of the Complaint.

2       206.   The allegations contained in Paragraph 206 of the Complaint are not pled

3  against Defendant.   If a response is required, Defendant denies the allegations in

4  Paragraph 206 of the Complaint.

5       207.   The allegations contained in Paragraph 207 of the Complaint are not pled

6  against Defendant.   If a response is required, Defendant denies the allegations in

7  Paragraph 207 of the Complaint.

8       208.   The allegations contained in Paragraph 208 of the Complaint are not pled

9  against Defendant.   If a response is required, Defendant denies the allegations in

10  Paragraph 208 of the Complaint.

11       209.   The allegations contained in Paragraph 209 of the Complaint are not pled

12  against Defendant.   If a response is required, Defendant denies the allegations in

13  Paragraph 209 of the Complaint.

14       210.   The allegations contained in Paragraph 210 of the Complaint are not pled

15  against Defendant.   If a response is required, Defendant denies the allegations in

16  Paragraph 210 of the Complaint.

17       211.   The allegations contained in Paragraph 211 of the Complaint are not pled

18  against Defendant.   If a response is required, Defendant denies the allegations in

19  Paragraph 211 of the Complaint.

20       212.   The allegations contained in Paragraph 212 of the Complaint are not pled

21  against Defendant.   If a response is required, Defendant denies the allegations in

22  Paragraph 212 of the Complaint.

23  **FOURTH CAUSE OF ACTION**

24  (42 U.S.C. SECTIONS 1983)

25  VIOLATION UNDER THE UNITED STATES CONSTITUTION – VIOLATION

26  OF CIVIL RIGHTS

27  FOURTH AND FOURTEENTH AMENDMENT RIGHT TO BE FREE FROM

28  DECEPTION IN PRESENTATION OF EVIDENCE TO COURT against County,

1        Judy Thomas, Karen La, Wendy Contreras, and Juliet Macias

2        213.   The allegations contained in Paragraph 213 of the Complaint are not pled

3   against Defendant.   If a response is required, Defendant denies the allegations in

4   Paragraph 213 of the Complaint.

5        214.   The allegations contained in Paragraph 214 of the Complaint are not pled

6   against Defendant.   If a response is required, Defendant denies the allegations in

7   Paragraph 214 of the Complaint.

8        215.   The allegations contained in Paragraph 215 of the Complaint are not pled

9   against Defendant.   If a response is required, Defendant denies the allegations in

10   Paragraph 215 of the Complaint.

11        216.   The allegations contained in Paragraph 216 of the Complaint are not pled

12   against Defendant.   If a response is required, Defendant denies the allegations in

13   Paragraph 216 of the Complaint.

14        217.   The allegations contained in Paragraph 217 of the Complaint are not pled

15   against Defendant.   If a response is required, Defendant denies the allegations in

16   Paragraph 217 of the Complaint.

17        218.   The allegations contained in Paragraph 218 of the Complaint are not pled

18   against Defendant.   If a response is required, Defendant denies the allegations in

19   Paragraph 218 of the Complaint.

20        219.   The allegations contained in Paragraph 219 of the Complaint are not pled

21   against Defendant.   If a response is required, Defendant denies the allegations in

22   Paragraph 219 of the Complaint.

23        220.   The allegations contained in Paragraph 220 of the Complaint are not pled

24   against Defendant.   If a response is required, Defendant denies the allegations in

25   Paragraph 220 of the Complaint.

26        221.   The allegations contained in Paragraph 221 of the Complaint are not pled

27   against Defendant.   If a response is required, Defendant denies the allegations in

28   Paragraph 221 of the Complaint.

1

**<u>FIFTH CAUSE OF ACTION</u>**

2

(42 U.S.C. Sections 1983)

3

VIOLATION UNDER THE UNITED STATES CONSTITUTION – VIOLATION

4

OF CIVIL RIGHTS

5

FIRST AMENDMENT RETALIATION CLAIM against County, Judy Thomas,

6

Karen La, Wendy Contreras, and Juliet Macias

7

222.   The allegations contained in Paragraph 222 of the Complaint are not pled

8

against Defendant.   If a response is required, Defendant denies the allegations in

9

Paragraph 222 of the Complaint.

10

223.   The allegations contained in Paragraph 223 of the Complaint are not pled

11

against Defendant.   If a response is required, Defendant denies the allegations in

12

Paragraph 223 of the Complaint.

13

224.   The allegations contained in Paragraph 224 of the Complaint are not pled

14

against Defendant.   If a response is required, Defendant denies the allegations in

15

Paragraph 224 of the Complaint.

16

225.   The allegations contained in Paragraph 225 of the Complaint are not pled

17

against Defendant.   If a response is required, Defendant denies the allegations in

18

Paragraph 225 of the Complaint.

19

226.   The allegations contained in Paragraph 226 of the Complaint are not pled

20

against Defendant.   If a response is required, Defendant denies the allegations in

21

Paragraph 226 of the Complaint.

22

227.   The allegations contained in Paragraph 227 of the Complaint are not pled

23

against Defendant.   If a response is required, Defendant denies the allegations in

24

Paragraph 227 of the Complaint.

25

228.   The allegations contained in Paragraph 228 of the Complaint are not pled

26

against Defendant.   If a response is required, Defendant denies the allegations in

27

Paragraph 228 of the Complaint.

28

229.   The allegations contained in Paragraph 229 of the Complaint are not pled

28

against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 229 of the Complaint.

230.   The allegations contained in Paragraph 230 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 230 of the Complaint.

231.   The allegations contained in Paragraph 231 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 231 of the Complaint.

232.   The allegations contained in Paragraph 232 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 232 of the Complaint.

## SIXTH CAUSE OF ACTION

(42 U.S.C. Sections 1983)

VIOLATION UNDER THE UNITED STATES CONSTITUTION – VIOLATION OF CIVIL RIGHTS

AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT against County, Thomas, La, Contreras, Macias, Flores, Betancourt-Parez, and Does 1 through 5

233.   The allegations contained in Paragraph 233 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 233 of the Complaint.

234.   The allegations contained in Paragraph 234 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 234 of the Complaint.

235.   The allegations contained in Paragraph 235 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 235 of the Complaint.

236.   The allegations contained in Paragraph 236 of the Complaint are not pled

against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 236 of the Complaint.

237.   The allegations contained in Paragraph 237 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 237 of the Complaint.

238.   The allegations contained in Paragraph 238 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 238 of the Complaint.

239.   The allegations contained in Paragraph 239 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 239 of the Complaint.

240.   The allegations contained in Paragraph 240 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 240 of the Complaint.

241.   The allegations contained in Paragraph 241 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 241 of the Complaint.

242.   The allegations contained in Paragraph 242 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 242 of the Complaint.

243.   The allegations contained in Paragraph 243 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 243 of the Complaint.

244.   The allegations contained in Paragraph 244 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 244 of the Complaint.

245.   The allegations contained in Paragraph 245 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in

Paragraph 245 of the Complaint.

246.   The allegations contained in Paragraph 246 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 246 of the Complaint.

## SEVENTH CAUSE OF ACTION

### (42 U.S.C. Sections 1983)

VIOLATION UNDER THE UNITED STATES CONSTITUTION – VIOLATION OF CIVIL RIGHTS

FOURTH/FOURTEENTH AMENDMENT MEDICAL EXAMINATIONS WITHOUT PARENTAL NOTICE/CONSENT against County, Thomas, La, Contreras, Macias, Flores, Betancourt-Parez, and Does 1 through 5

247.   The allegations contained in Paragraph 247 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 247 of the Complaint.

248.   The allegations contained in Paragraph 248 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 248 of the Complaint.

249.   The allegations contained in Paragraph 249 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 249 of the Complaint.

250.   The allegations contained in Paragraph 250 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 250 of the Complaint.

## EIGHTH CAUSE OF ACTION

### (42 U.S.C. Sections 1983)

VIOLATION UNDER THE UNITED STATES CONSTITUTION – VIOLATION OF CIVIL RIGHTS

FAILURE TO PROVIDE DEPENDENT MINOR CONTINUED SAFETY AND

SECURITY AND EVEN MINIMALLY-ADEQUATE MENTAL/BEHAVIORAL HEALTHCARE against County, Thomas, La, Contreras, Macias, Flores, Betancourt-Parez, Maryvale, and DOES 1 through 15

251.   In answering Paragraph 251 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 250 above.

**COUNT 1 By Plaintiff against County, Thomas, La, Contreras, Macias, Flores, Betancourt-Parez, and Does 1 through 10**

252.   The allegations contained in Paragraph 252 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 252 of the Complaint.

253.   The allegations contained in Paragraph 253 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 253 of the Complaint.

254.   The allegations contained in Paragraph 254 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 254 of the Complaint.

255.   The allegations contained in Paragraph 255 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 255 of the Complaint.

256.   The allegations contained in Paragraph 256 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 256 of the Complaint.

257.   The allegations contained in Paragraph 257 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 257 of the Complaint.

258.   The allegations contained in Paragraph 258 of the Complaint are not pled against Defendant.   If a response is required, Defendant denies the allegations in Paragraph 258 of the Complaint.

259.    The allegations contained in Paragraph 259 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 259 of the Complaint.

260.    The allegations contained in Paragraph 260 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 260 of the Complaint.

261.    The allegations contained in Paragraph 261 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 261 of the Complaint.

262.    The allegations contained in Paragraph 262 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 262 of the Complaint.

263.    The allegations contained in Paragraph 263 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 263 of the Complaint.

**COUNT 2 by Plaintiff against Maryvale and Does 11 through 15**

264.    Defendant admits the allegations contained in Paragraph 264 of the Complaint.

265.    Defendant admits the allegations contained in Paragraph 265 of the Complaint.

266.    The allegations in Paragraph 266 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant admits the allegations in Paragraph 266 of the Complaint.

267.    The allegations in Paragraph 267 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant admits the allegations in Paragraph 267 of the Complaint.

268.    The allegations in Paragraph 268 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant

1  denies the allegations in Paragraph 268 of the Complaint.

2       269.   The allegations in Paragraph 269 of the Complaint are legal conclusions,
3  which do not require an admission or denial.  If a response is required, Defendant
4  denies the allegations in Paragraph 269 of the Complaint.

5       270.   The allegations in Paragraph 270 of the Complaint are legal conclusions,
6  which do not require an admission or denial.  If a response is required, Defendant
7  denies the allegations in Paragraph 270 of the Complaint.

8       271.   The allegations in Paragraph 271 of the Complaint are legal conclusions,
9  which do not require an admission or denial.  If a response is required, Defendant
10 denies the allegations in Paragraph 271 of the Complaint.

11      272.   The allegations in Paragraph 272 of the Complaint are legal conclusions,
12 which do not require an admission or denial.  If a response is required, Defendant
13 denies the allegations in Paragraph 272 of the Complaint.

14      273.   The allegations in Paragraph 273 of the Complaint are legal conclusions,
15 which do not require an admission or denial.  If a response is required, Defendant
16 denies the allegations in Paragraph 273 of the Complaint.

17      274.   The allegations in Paragraph 274 of the Complaint are legal conclusions,
18 which do not require an admission or denial.  If a response is required, Defendant
19 denies the allegations in Paragraph 274 of the Complaint.

20                          **NINTH CAUSE OF ACTION**

21                           (42 U.S.C. Sections 1983)

22  VIOLATION UNDER THE UNITED STATES CONSTITUTION – VIOLATION

23                          OF CIVIL RIGHTS

24                         Monelle against County

25      275.   The allegations contained in Paragraph 275 of the Complaint are not pled
26 against Defendant.  If a response is required, Defendant denies the allegations in
27 Paragraph 275 of the Complaint.

28      276.   The allegations contained in Paragraph 276 of the Complaint are not pled

against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 276 of the Complaint.

277.   The allegations contained in Paragraph 277 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 277 of the Complaint.

278.   The allegations contained in Paragraph 278 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 278 of the Complaint.

## **TENTH CAUSE OF ACTION**

### VIOLATION OF CALIFORNIA CIVIL CODE Section 52.1

CA Civil Code Section 52.1 against all Defendants, and each of them

279.   In answering Paragraph 279 of the Complaint, Defendant incorporates by reference its responses to Paragraphs 1 through 278 above.

280.   The allegations in Paragraph 280 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 280 of the Complaint.

281.   The allegations in Paragraph 281 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 281 of the Complaint.

282.   The allegations in Paragraph 282 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 282 of the Complaint.

283.   The allegations in Paragraph 283 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 283 of the Complaint.

284.   The allegations in Paragraph 284 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 284 of the Complaint.

285.   The allegations in Paragraph 285 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 285 of the Complaint.

286.   The allegations in Paragraph 286 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 286 of the Complaint.

287.   The allegations in Paragraph 287 of the Complaint are legal conclusions, which do not require an admission or denial.  If a response is required, Defendant denies the allegations in Paragraph 287 of the Complaint.

## ELEVENTH CAUSE OF ACTION

NEGLIGENCE

BREACH OF MANDATORY DUTY PURSUANT TO GOVERNMENT CODE 815.6 against County, Thomas, La, Contreras, Macias, Flores, Betancourt-Parez and DOES 1 through 10

288.   The allegations contained in Paragraph 288 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 288 of the Complaint.

289.   The allegations contained in Paragraph 289 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 289 of the Complaint.

290.   The allegations contained in Paragraph 290 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 290 of the Complaint.

291.   The allegations contained in Paragraph 291 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 291 of the Complaint.

292.   The allegations contained in Paragraph 292 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in

Paragraph 292 of the Complaint.

293.   The allegations contained in Paragraph 293 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 293 of the Complaint.

294.   The allegations contained in Paragraph 294 of the Complaint are not pled against Defendant.  If a response is required, Defendant denies the allegations in Paragraph 294 of the Complaint.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any relief, including the relief requested in her Prayer for Relief.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

295.   Neither the Complaint nor the purported causes of action alleged therein state facts sufficient to constitute a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

296.  If Plaintiff suffered any damages as a result of the facts alleged in her Complaint, which Defendants deny, Plaintiff is not entitled to recover the amount of damages alleged or any damages due to her failure to make reasonable efforts to mitigate or minimize the damages incurred.

## THIRD AFFIRMATIVE DEFENSE

### (No Entitlement to Punitive Damages)

297.   Plaintiff's Complaint, and each and every cause of action set forth therein against Defendant, fails to state facts sufficient to recover punitive or exemplary damages or to show that Defendant was guilty of malice, oppression, or fraud.

/ / /

## FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

298.   Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff has failed to file this action within the applicable statute of limitations.

## FIFTH AFFIRMATIVE DEFENSE

### (Speculative Damages)

299.   Plaintiff is precluded form recovering the damages alleged in the Complaint because those damages are too vague, uncertain, and speculative to permit recovery.

## SIXTH AFFIRMATIVE DEFENSE

### (Laches)

300.   Plaintiff's delay in seeking to enforce Plaintiff's rights against Defendant, in and of itself caused Plaintiff's damage, which damage Defendant is entitled to offset form any monies owed to Plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

### (Procedural Due Process)

301.   Plaintiff's Complaint, to the extent that it seeks punitive or exemplary damages, violates the rights of Defendant to procedural due process under the Fourteenth Amendment to the United States Constitution and under the Constitution of the State of California and, therefore, fails to state a cause of action upon which punitive or exemplary damages may be awarded.

## EIGHTH AFFIRMATIVE DEFENSE

### (Conduct of Others, Including Plaintiff)

302.   Should it be found that Defendant is liable for any damages stated by Plaintiff, which Defendant specifically denies, Defendant alleges that such damages were proximately caused and/or contributed to by parties other than Defendant, including Plaintiff, whether served or not served in this case, and/or by other persons or entities not presently parties to this action.  It is necessary that the proportionate

degree of fault and/or legal responsibility of each and every person or entity be determined and prorated and that any judgment that may be rendered against Defendant be reduced not only by the degree of fault or other legal responsibility attributable to Plaintiff, but by the total of that degree of fault and/or other legal responsibility found to exist as to other person(s) and/or entities as well.

## NINTH AFFIRMATIVE DEFENSE

### (Conduct Outside of the Scope of Defendant's Control)

303.   The alleged conduct giving rise to Plaintiff's Complaint occurred outside the scope of Defendant's control and/or supervision.

## TENTH AFFIRMATIVE DEFENSE

### (Superseding and Intervening Causes)

304.   Defendant alleges that the damages referred to in the Complaint and the purported causes of action contained therein were proximately caused or contributed to by the negligence of persons and/or entities other than Defendant in failing to exercise the proper care which a prudent person under the same or similar circumstances would have exercised, and/or by the wrongful acts of persons and/or entities other than Defendant, and if Defendant acted in any manner negligently or wrongfully (which supposition is made only for the purpose of this defense, without admitting the same to be the fact), the aforesaid negligence and/or wrongful acts of persons and/or entities other than Defendant constituted an intervening and superseding cause of the damages alleged in the Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Alter Ego)

305.   Defendant contends that it was not the alter ego of any of the other defendants in this action and thus cannot be held liable for the conduct of those parties.

/ / /

/ / /

/ / /

## TWELFTH AFFIRMATIVE DEFENSE

### (Collateral Estoppel)

306.   Defendant alleges that Plaintiff is collaterally estopped from pursuing this action based upon the rulings in the underlying dependency court proceedings.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Other Defenses)

307.   Defendant hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become available during discovery in this action and reserve the right to amend its Answer to ascertain any such defenses.

## PRAYER

Wherefore, Defendant prays that:

1. That Plaintiff take nothing by way of the Complaint;

2. Judgment be returned in favor of Defendant;

3. Defendant be awarded costs of suit;

4. Defendant be awarded such further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.S. Section 1988.


DATED:  June 23, 2023                 Respectfully submitted,

                                      DAUGHERTY LORDAN LLP


                                      By:     /s/ Ashleigh R. Kasper
                                      ASHLEIGH R. KASPER
                                      Attorneys for Defendant MARYVALE

# CERTIFICATE OF SERVICE

I certify that on June 23, 2023, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

Counsel for the county defendants:

Jennifer E. Gysler
Monroy Averbuck and Gysler
32123 Lindero Cny Road Suite 301
Westlake Village, CA 91362
818-400-4812
Email: jennifergysler@gmail.com

Jon F. MonroyMonroy Averbuck and Gysler
200 North Westlake Boulevard Suie 204
Westlake Village, CA 91362
805-914-3077
Fax: 818-400-4812
Email: triallawyermonroy@gmail.com

I further certify that a copy of the foregoing document(s) was mailed via U.S. Mail to the person(s) listed below:

Plaintiff In Pro Per:

January Schofield
25001 Magic Mountain Pkwy, #620
Valencia, CA 91355

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 23, 2023, at Los Angeles, California.

DAUGHERTY LORDAN, LLP

By: /s/ Ashleigh Kasper

ASHLEIGH R. KASPER