1  JANUARY SCHOFIELD
2  33244 Churchill St.
3  Lake Elsinore, CA. 92530
4  (661) 857-2120
5  **PLAINTIFF IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT
JULY 30, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ____AF.____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

10 JANUARY SCHOFIELD, and individual,

PLAINTIFF

v.

COUNTY OF LOS ANGELES, et al.,

DEFENDANTS

Case No: 2:22-cv-05590-JGB (AS)

PLAINTIFF'S REQUEST BY CLERK TO UPDATE ADDRESS

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

January Schofield v. County of Los Angeles, et al.        Case No: 2:22-cv-05590-JGB (AS)

PG. 1
REQUEST TO CLERK

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

    Plaintiff January Schofield hereby requests that the Clerk of the above-entitled Court to update her address to:

33244 Churchill St. Lake Elsinore, CA. 92530

                                             **JANUARY SCHOFIELD**
                                                 PRO SE LITIGANT

**DATED**: JULY 12, 2023    _January Schofield_

                                               **JANUARY SCHOFIELD**
                                                 PRO SE LITIGANT

January Schofield v. County of Los Angeles, et al.    Case No: 2:22-cv-05590-JGB (AS)

PG. 2
REQUEST TO CLERK