Name and address:
O'HAGAN MEYER LLP
ASHLEIGH R. KASPER, SB# 294963
E-Mail: akasper@ohaganmeyer.com
ZACHARY S. TUCKER, SB# 323084
E-Mail: Zachary.Tucker@daughertylordan.com
550 South Hope Street, Suite 2400, Los Angeles, CA 90071
Telephone: 213.423.6005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| January Schofield, an individual<br><br>PLAINTIFF(S)<br>v.<br>County of Los Angeles, et al.<br><br>DEFENDANT(S) | CASE NUMBER:<br>2:22-cv-05590-JGB (AS)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if another member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party.** In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Ashleigh R. Kasper                                   CA Bar Number: 294963

Firm or agency: DAUGHERTY LORDAN LLP

Address: 550 S. Hope Street, Suite 2400, Los Angeles, California 90071

Telephone Number: 213.423.6005                Fax Number:

E-mail: Ashleigh.Kasper@daughertylordan.com

Counsel of record for the following party or parties: Maryvale

Other members of the same firm or agency also seeking to withdraw:
Zachary S. Tucker SBN#323084, zachary.tucker@daughertylordan.com

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Ashleigh R. Kasper  
CA Bar Number: 294963  
Firm or agency: O'Hagan Meyer LLP  
Address: 550 South Hope Street, Suite 2400, Los Angeles, CA 90071  
Telephone Number: 213.423.6005  
Fax Number:  
E-mail: akasper@ohaganmeyer.com  

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: August 22, 2023  
Signature: /s/  
Name: Ashleigh R. Kasper

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: August 22, 2023  
Signature: /s/  
Name: Ashleigh R. Kasper

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 8/22/23  
Signature: /s/  
Name: Steve Gunther for Maryvale  
Title: President & Chief Executive Officer

CERTIFICATE OF SERVICE

I certify that on August 24, 2023, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

Counsel for the county defendants:

Jennifer E. Gysler
Monroy Averbuck and Gysler
32123 Lindero Cny Road Suite 301
Westlake Village, CA 91362
818-400-4812
Email: jennifergysler@gmail.com

Jon F. MonroyMonroy Averbuck and Gysler
200 North Westlake Boulevard Suie 204
Westlake Village, CA 91362
805-914-3077
Fax: 818-400-4812
Email: triallawyermonroy@gmail.com

I further certify that a copy of the foregoing document(s) was personally served via Messenger Service to the person(s) listed below:

Plaintiff In Pro Per:

January Schofield
33244 Churchill St.
Lake Elsinore, CA 92530

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 24, 2023, at Los Angeles, California.

DAUGHERTY LORDAN, LLP

By: /s/ Ashleigh Kasper

ASHLEIGH R. KASPER