## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

January Schofield, an individual

Plaintiff(s)

v.

County of Los Angeles, et al

Defendant(s)

CASE NUMBER

2:22-cv-05590-JGB (AS)

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

Maryvale
*Name of Party*

☐ Plaintiff ☒ Defendant ☐ Other

to substitute Ashleigh Kasper, O'Hagan Meyer who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

550 S. Hope St., Suite 2400
*Street Address*

Los Angeles, CA 90071
*City, State, Zip*

aksaper@ohaganmeyer.com
*E-Mail Address*

(213) 423-6005
*Telephone Number*

*Fax Number*

294963
*State Bar Number*

as attorney of record instead of Daugherty Lordan LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

Ashleigh Kasper, SBN 294963

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   August 24, 2023

/ s / Sagar
Honorable Alka Sagar
United States Magistrate Judge