UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 22-05590-JGB (AS) | Date | August 28, 2023 |
|---|---|---|---|
| Title | *January Schofield v. County of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**          **ORDER TO SHOW CAUSE RE FAILURE OF PLAINTIFF TO FILE CASE MANAGEMENT REPORT**

On June 20, 2023, the Court issued a Scheduling Order directing the parties to file a Case Management Report no later than August 21, 2023. (Dkt. No. 31).

Defendants filed a Case Management Report on August 24, 2023. (Dkt. No. 37). However, Plaintiff has not, to date, filed a Case Management Report or sought an extension of time to do so.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, **no later than September 11, 2023,** as to why this case should not be dismissed for failure to comply with court orders. This Order will be discharged upon the filing of a Case Management Report in accordance with the Court's June 30, 2023 Order (Dkt. No. 31), a copy of which is attached to this Order, or upon the filing a declaration under penalty of perjury stating why Plaintiff is unable to file a case management report. Any Case Management Report filed by Plaintiff must address whether discovery in this case should be stayed until the resolution of the pending dependency action. See Defendants' case management report at 2; Dkt. 36 at 2.

If Plaintiff no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

IT IS SO ORDERED.

cc:     Jesus G. Bernal
        United States District Judge