**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| January Schofield, | CASE NUMBER: |
| PLAINTIFF(S) | CV22-05590-JGB (AS) |
| v. | |
| County of Los Angeles, et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| August 29, 2023 | 40 | Plaintiff's Case Management Report |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

    - Plaintiff is directed to serve the document on defendants and file a proof of service in accordance with
    Local Civil Rule 5-3.1.2 by no later than September 14, 2023.

Dated:    September 7, 2023      By: _____ / s / Sagar
                                          Honorable Alka Sagar
                                          United States Magistrate Judge