JANUARY SCHOFIELD

4429. E Village Rd.   #410

Long Beach, CA. 90808

(661) 369-3206 **PLAINTIFF**

**IN PRO PER**



FILED
CLERK, U.S. DISTRICT COURT
9/14/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD<br><br>PLAINTIFF<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.;<br><br>DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS)<br><br>**PROOF OF SERVICE OF CASE MANAGEMENT REPORT** |

I, Cory Cabana, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On September 8, 2023, I served the following documents on Defendant COUNTY OF LOS ANGELES, by first class mail:

(1)   Case Management Report (Docket Nos. 30, 40)

Defendant COUNTY OF LOS ANGELES was served at the address and time indicated below:

**TIME OF DELIVERY**: 12:53 P.M.

**Jennifer Gysler, Representing: KAREN LA**

200 N. Westlake Blvd., Ste 204

Westlake Village, CA 91362

Sworn under penalty of perjury pursuant to the laws of the State of California.

**DATED**: SEPTEMBER 10, 2023

_____
**CORY CABANA**

January Schofield v. County of Los Angeles, et al.        Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS