1  JANUARY SCHOFIELD
2  4429. E Village Rd.   #410
3  Long Beach, CA. 90808
4  (661) 369-3206 **PLAINTIFF**
5  **IN PRO PER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD<br><br>PLAINTIFF<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.;<br><br>DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS)<br><br>**PROOF OF SERVICE OF CASE MANAGEMENT REPORT** |

I, Cory Cabana, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On September 8, 2023, I served the following documents on Defendant COUNTY OF LOS ANGELES, by first class mail:

(1)   Case Management Report (Docket Nos. 30, 40)

Defendant COUNTY OF LOS ANGELES was served at the address and time indicated below:

|   |   |
|---|---|
| 1 | **TIME OF DELIVERY**: 12:53 P.M. |
| 2 |   |
| 3 | **Jennifer Gysler, Representing: KAREN LA** |
| 4 | 200 N. Westlake Blvd., Ste 204 |
| 5 | Westlake Village, CA 91362 |
| 6 |   |
| 7 | Sworn under penalty of perjury pursuant to the laws of the State of |
| 8 | California. |

DATED: SEPTEMBER 10, 2023

_____

CORY CABANA

January Schofield v. County of Los Angeles, et al.      Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS