UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-05590-JGB (AS) | Date | September 26, 2023 |
|---|---|---|---|
| Title | *January Schofield v. County of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings (In Chambers):** ORDER RE REPONSE TO 8/23/2023 COURT ORDER (DKT. NO. 38)

On August 29, 2023, Plaintiff filed a Case Management Report (Dkt. No. 40) that was identical to her Case Management Report filed August 21, 2023 (Dkt. No. 39). Plaintiff is ordered to respond to the Court's Order dated August 28, 2023 (Dkt. No. 38) addressing whether this case should be stayed pending the disclosure of the juvenile records.

Plaintiff must respond one week of this order — no later than **October 2, 2023**.

**IT IS SO ORDERED.**

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |