FILED
CLERK, U.S. DISTRICT COURT
9/22/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

1  JANUARY SCHOFIELD

2  4429. E Village Rd.   #410

3  Long Beach, CA. 90808

4  (661) 369-3206 **PLAINTIFF**

5  **IN PRO PER**

6

7             UNITED STATES DISTRICT COURT
8             CENTRAL DISTRICT OF CALIFORNIA
9

10  JANUARY SCHOFIELD                Case No: 2:22-cv-05590-JGB (AS)

11            PLAINTIFF              **PROOF OF SERVICE OF CASE**
                                     **MANAGEMENT REPORT**
12

13  LINDA FLORES, et al.;

14

15            DEFENDANTS

16

17

18

19

20       I, Cory Cabana, am a citizen of the United States and reside in Los

21  Angeles County. I am over the age of eighteen and not a party to the above-

22  entitled action. On September 8, 2023, I served the following documents on

23  Defendant LINDA FLORES, by first class mail:

24

25  (1)   Case Management Report (Docket Nos. 30, 40)

26

27  Defendant • • • • • ━━━ • • • • was served at the address and time indicated

28  below:

---

January Schofield v. County of Los Angeles, et al.            Case No: 2:22-cv-05590-JGB (AS)

PG. 1
PROOF OF SERVICE OF SUMMONS

**TIME OF DELIVERY**: 12:53 P.M.

**Jennifer Gysler, Representing: LINDA FLORES**

200 N. Westlake Blvd., Ste 204

Westlake Village, CA 91362

Sworn under penalty of perjury pursuant to the laws of the State of California.

<u>Dated</u>: September 10, 2023

_____

Cory Cabana

January Schofield v. County of Los Angeles, et al.   Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS