1  JANUARY SCHOFIELD

2  4429. E Village Rd.   #410

3  Long Beach, CA. 90808

4  (661) 369-3206 **PLAINTIFF**

5  **IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT
9/22/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD<br><br>PLAINTIFF<br><br>vs.<br><br>KAREN LA, et al.;<br><br>DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS)<br><br>**PROOF OF SERVICE OF CASE MANAGEMENT REPORT** |

I, Cory Cabana, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On September 8, 2023, I served the following documents on Defendant KAREN LA, by first class mail:

(1)   Case Management Report (Docket Nos. 30, 40)

Defendant KAREN LA was served at the address and time indicated below:

January Schofield v. County of Los Angeles, et al.   Case No: 2:22-cv-05590-JGB (AS)

PG. 1
PROOF OF SERVICE OF SUMMONS

| | |
|---|---|
| 1 | **TIME OF DELIVERY**: 12:53 P.M. |
| 2 | |

3  **Jennifer Gysler, Representing: KAREN LA**

4  200 N. Westlake Blvd., Ste 204

5  Westlake Village, CA 91362

7  Sworn under penalty of perjury pursuant to the laws of the State of

8  California.

12  <u>Dated</u>: September 10, 2023

                                                    _____
                                                    **Cory Cabana**

January Schofield v. County of Los Angeles, et al.        Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS