FILED
CLERK, U.S. DISTRICT COURT
9/22/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS    DEPUTY

JANUARY SCHOFIELD

4429. E Village Rd.   #410

Long Beach, CA. 90808

(661) 369-3206 **PLAINTIFF**

**IN PRO PER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD<br><br>PLAINTIFF<br><br>v.<br><br>JULIET MACIAS, et al.;<br><br>DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS)<br><br>**PROOF OF SERVICE OF CASE MANAGEMENT REPORT** |

      I, Cory Cabana, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On September 8, 2023, I served the following documents on Defendant JULIET MACIAS, by first class mail:

(1)   Case Management Report (Docket Nos. 30, 40)

Defendant JULIET MACIAS was served at the address and time indicated below:

January Schofield v. County of Los Angeles, et al.          Case No: 2:22-cv-05590-JGB (AS)

PG. 1
PROOF OF SERVICE OF SUMMONS

**TIME OF DELIVERY**: 12:53 P.M.

**Jennifer Gysler, Representing: JULIET MACIAS**

200 N. Westlake Blvd., Ste 204

Westlake Village, CA 91362

Sworn under penalty of perjury pursuant to the laws of the State of California.

**D**ATED: S**EPTEMBER** 10, 2023                                    _____

                                                                                               **C**ORY **C**ABANA

January Schofield v. County of Los Angeles, et al.                    Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS