JANUARY SCHOFIELD

4429. E Village Rd.   #410

Long Beach, CA. 90808

(661) 369-3206 **PLAINTIFF**

**IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT
9/22/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JANUARY SCHOFIELD

PLAINTIFF

v.

MARYVALE, et al.;

DEFENDANTS

Case No: 2:22-cv-05590-JGB (AS)

**PROOF OF SERVICE OF CASE MANAGEMENT REPORT**

I, Cory Cabana, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On September 8, 2023, I served the following documents on Defendant MARYVALE, by first class mail:

(1)   Case Management Report (Docket Nos. 30, 40)

Defendant MARYVALE was served at the address and time indicated below:

**TIME OF DELIVERY**: 12:53 P.M.

**O'hagan Meyer, Ashleigh R. Kasper, Zachary S. Tucker,**

**Representing: Maryvale**

**550 South Hope Street, Suite** 2400, Los Angeles CA 90071

Sworn under penalty of perjury pursuant to the laws of the State of California.

**DATED**: SEPTEMBER 10, 2023

_____

**CORY CABANA**

January Schofield v. County of Los Angeles, et al.   Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS