JANUARY SCHOFIELD

33244 Churchill St.

Lake Elsinore, CA. 92530

(661) 369-3206

**PLAINTIFF IN PRO PER**



FILED
CLERK, U.S. DISTRICT COURT

OCT 2 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___EEE___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD, and individual, <br><br> PLAINTIFF <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS) <br><br> PLAINTIFF'S REQUEST UNDER F.R.C.P. RULE 60(a) |

**TO THE HONORABLE COURT:**

Pursuant to the Court's order of September 26, 2023, Plaintiff January Schofield ("Plaintiff") hereby submits her response to this Court's order.

**A. Background.**

On August 28, 2023, this Court issued orders to show cause no later than September 11, 2023 as to why this case should not be dismissed for failure to comply with the court orders with respect to the Case Management Report (Docket No. 38). In response, Plaintiff filed a "Declaration" AND a duplicate of her Case Management Report with respect to the orders as stated in Docket No. 38. (See Exhibit A ("Declaration"), Exhibit B ("Email Confirmation of Filing"), and Docket

No. 38). In accordance with the accessible Pacer records, only the duplicate of the Case Management Report reflects in the dockets.

On September 26, 2023, this Court issued new orders for Plaintiff to respond "to the Court's Order dated August 28, 2023 (Dkt. No. 38) addressing whether this case should be stayed pending the disclosure of the juvenile records." (Docket No. 47).

**B. Plaintiff's Request Under F.R.C.P. RULE 60(a)**

F.R.C.P. Rule 60(a) states, "[c]orrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."

After reviewing Docket No. 38, Plaintiff finds no reference about a pending stay "pending the disclosure of the juvenile records." For these reasons, Plaintiff never filed a response to an order to show cause regarding this issue.

In regards to the Order to Show Cause listed under Docket No. 38, Plaintiff attached a Declaration and re-filed her Case Management Report given the fact that the document had not posted at the time of the filing of her response to the order given under Docket No. 38.

Plaintiff now seeks clarification as to what is being asked of her in the orders under Docket No. 47.

**C. Conclusion**

For these reasons, Plaintiff seeks clarification about the orders provided in Docket No. 47 under F.R.C.P. 60(a) .

///

///

///

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JANUARY SCHOFIELD**

PRO SE LITIGANT

**DATED**: OCTOBER 2, 2023

*January Schofield*

**JANUARY SCHOFIELD**

PRO SE LITIGANT

1    JANUARY SCHOFIELD

2    33244 Churchill St.

3    Lake Elsinore, CA. 92530

4    (661) 369-3206

5    **PLAINTIFF IN PRO PER**

6

7           **UNITED STATES DISTRICT COURT**

8        **CENTRAL DISTRICT OF CALIFORNIA**

9

10    JANUARY SCHOFIELD, and       Case No: 2:22-cv-05590-JGB (AS)

11    individual,

                                          EXHIBIT A

12            PLAINTIFF

13

14         v.

15    COUNTY OF LOS ANGELES, et al.,

16        DEFENDANTS

17

18                 **EXHIBIT A**

19

20

21

22

23

24

25

26

27

28

January Schofield v. County of Los Angeles, et al.         Case No: 2:22-cv-05590-JGB (AS)

PG. 1
EXHIBIT A

JANUARY SCHOFIELD

33244 Churchill St.

Lake Elsinore, CA. 92530

(661) 369-3206

**PLAINTIFF IN PRO PER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD, and individual,<br><br>    PLAINTIFF<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS)<br><br>DECLARATION OF JANUARY SCHOFIELD, PLAINTIFF RE OSC RE FAILURE OF PLAINTIFF TO FILE A CASE MANAGEMENT REPORT |

## DECLARATION OF JANUARY SCHOFIELD RE FAILURE OF PLAINTIFF TO FILE A CASE MANAGEMENT REPORT

I, January Schofield, hereby declare

I am the Plaintiff in the above entitled case. If called upon to do so, I would and could competently testify to the following facts which are within my own personal knowledge.

1. On June 20, 2023, this Court issued orders regarding the deadline for filing individual Case Management Reports. (Docket No. 31).

2. On August 21, 2023, I filed my individual Case Management Report under

the "Electronic Document Submission System for People without Lawyers" people who are not represented by attorneys may now submit documents for filing through the Court's Electronic Document Submission System (EDSS). (See Exhibit A, attached).

3. Simultaneously with this declaration, I am filing the Case Management Statement on behalf of myself.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of August, 2023.

**JANUARY SCHOFIELD**

Pro Se Litigant

**Dated**: August 29, 2023

*January Schofield*

**January Schofield**

Pro Se Litigant

January Schofield v. County of Los Angeles, et al.    Case No: 2:22-cv-05590-JGB (AS)

PG. 2
CASE MANAGEMENT REPORT

1  JANUARY SCHOFIELD

2  33244 Churchill St.

3  Lake Elsinore, CA. 92530

4  (661) 369-3206

5  **PLAINTIFF IN PRO PER**

6

7           **UNITED STATES DISTRICT COURT**

8           **CENTRAL DISTRICT OF CALIFORNIA**

9

10  JANUARY SCHOFIELD, and          Case No: 2:22-cv-05590-JGB (AS)

11  individual,
                                    EXHIBIT A
12            PLAINTIFF

13        v.

14
    COUNTY OF LOS ANGELES, et al.,
15
              DEFENDANTS
16

17

18                          **EXHIBIT A**

19

20

21

22

23

24

25

26

27

28

January Schofield v. County of Los Angeles, et al.          Case No: 2:22-cv-05590-JGB (AS)

PG. 1
EXHIBIT A



## Fwd: Submission Confirmation

1 message

**Jani feild** <nolocreo02@gmail.com>
To: copa120663@gmail.com

Tue, Aug 29, 2023 at 11:35 AM

---------- Forwarded message ---------
From: **Civil Intake** <do-not-reply@cacd.uscourts.gov>
Date: Mon, Aug 21, 2023, 11:51 PM
Subject: Submission Confirmation
To: <nolocreo02@gmail.com>

### Dear January Schofield:

This email confirms that the document(s) listed below were received by the United States District Court for the Central District of California at the date and time indicated:

**Name:** January Schofield
**Tracking Number:** EDS-230821-000-8805
**Date:** 8/21/2023 11:51:29 PM

Uploaded files:

- **JS Case Management Report.pdf**
  *Case Management Report*

The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF"). Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

If you are registered for electronic service of documents and receiving e-service in this case, you will receive a Notice of Electronic Filing ("NEF") from the CM/ECF System as soon as each document listed above has been filed. (Click here for information about registering for electronic service or to add e-service in this case.) If you are not registered for electronic service, you may check the status of your documents by checking the docket for your case on PACER (https://pacer.uscourts.gov). Please wait at least two business days after receiving this email and check the docket for your case on PACER before contacting the Court regarding the status of documents submitted through EDSS.

If you are trying to file a document in a case pending before the United States Bankruptcy Court, or in any case pending in any court other than the United States District Court for the Central District of California, your document will not be filed and you will not receive any response to your EDSS submission. Likewise, if you are an attorney required by the local rules to file your documents electronically using the Court's CM/ECF System, your document(s) will not be filed if submitted through EDSS, and you will not receive any further communication from the Court about your EDSS submission.

Please include the tracking number listed above as your reference on any communications with the Court about this submission. We recommend that you keep this email for your records.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

1  JANUARY SCHOFIELD

2  33244 Churchill St.

3  Lake Elsinore, CA. 92530

4  (661) 369-3206

5  **PLAINTIFF IN PRO PER**

6

7              **UNITED STATES DISTRICT COURT**

8           **CENTRAL DISTRICT OF CALIFORNIA**

9

10  JANUARY SCHOFIELD, and          Case No: 2:22-cv-05590-JGB (AS)

11  individual,

                                    EXHIBIT B

12              PLAINTIFF

13          v.

14

15  COUNTY OF LOS ANGELES, et al.,

16              DEFENDANTS

17

18                      **EXHIBIT B**

19

20

21

22

23

24

25

26

27

28



## Submission Confirmation
1 message

**Civil Intake** <do-not-reply@cacd.uscourts.gov>                                    Tue, Aug 29, 2023 at 8:58 PM
To: janischofield01@gmail.com

### Dear January Schofield:

This email confirms that the document(s) listed below were received by the United States District Court for the Central District of California at the date and time indicated:

**Name:** January Schofield
**Tracking Number:** EDS-230829-000-8895
**Date:** 8/29/2023 8:58:19 PM

Uploaded files:

- **Case Management Report.pdf**
- **Declaration.pdf**

The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF"). Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

If you are registered for electronic service of documents and receiving e-service in this case, you will receive a Notice of Electronic Filing ("NEF") from the CM/ECF System as soon as each document listed above has been filed. (Click here for information about registering for electronic service or to add e-service in this case.) If you are not registered for electronic service, you may check the status of your documents by checking the docket for your case on PACER (https://pacer.uscourts.gov). Please wait at least two business days after receiving this email and check the docket for your case on PACER before contacting the Court regarding the status of documents submitted through EDSS.

If you are trying to file a document in a case pending before the United States Bankruptcy Court, or in any case pending in any court other than the United States District Court for the Central District of California, your document will not be filed and you will not receive any response to your EDSS submission. Likewise, if you are an attorney required by the local rules to file your documents electronically using the Court's CM/ECF System, your document(s) will not be filed if submitted through EDSS, and you will not receive any further communication from the Court about your EDSS submission.

Please include the tracking number listed above as your reference on any communications with the Court about this submission. We recommend that you keep this email for your records.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535