JANUARY SCHOFIELD

33244 Churchill St.

Lake Elsinore, CA. 92530

(661) 369-3206

**PLAINTIFF IN PRO PER**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD, and individual,<br><br>PLAINTIFF<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br>DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS)<br><br>PLAINTIFF'S REQUEST UNDER F.R.C.P. RULE 60(a) |

**TO THE HONORABLE COURT:**

Pursuant to the Court's order of September 26, 2023, Plaintiff January Schofield ("Plaintiff") hereby submits her response to this Court's order.

**A. Background.**

On August 28, 2023, this Court issued orders to show cause no later than September 11, 2023 as to why this case should not be dismissed for failure to comply with the court orders with respect to the Case Management Report (Docket No. 38). In response, Plaintiff filed a "Declaration" AND a duplicate of her Case Management Report with respect to the orders as stated in Docket No. 38. (See Exhibit A ("Declaration"), Exhibit B ("Email Confirmation of Filing"), and Docket

January Schofield v. County of Los Angeles, et al.   Case No: 2:22-cv-05590-JGB (AS)

PG. 1
REQUEST TO CLERK

1  No. 38). In accordance with the accessible Pacer records, only the duplicate of the
2  Case Management Report reflects in the dockets.
3      On September 26, 2023, this Court issued new orders for Plaintiff to
4  respond "to the Court's Order dated August 28, 2023 (Dkt. No. 38) addressing
5  whether this case should be stayed pending the disclosure of the juvenile records."
6  (Docket No. 47).
7  **B. Plaintiff's Request Under F.R.C.P. RULE 60(a)**
8      F.R.C.P. Rule 60(a) states, "[c]orrections Based on Clerical Mistakes;
9  Oversights and Omissions. The court may correct a clerical mistake or a mistake
10 arising from oversight or omission whenever one is found in a judgment, order, or
11 other part of the record."
12     After reviewing Docket No. 38, Plaintiff finds no reference about a pending
13 stay "pending the disclosure of the juvenile records." For these reasons, Plaintiff
14 never filed a response to an order to show cause regarding this issue.
15     In regards to the Order to Show Cause listed under Docket No. 38, Plaintiff
16 attached a Declaration and re-filed her Case Management Report given the fact that
17 the document had not posted at the time of the filing of her response to the order
18 given under Docket No. 38.
19     Plaintiff now seeks clarification as to what is being asked of her in the
20 orders under Docket No. 47.
21 **C. Conclusion**
22     For these reasons, Plaintiff seeks clarification about the orders provided in
23 Docket No. 47 under F.R.C.P. 60(a) .
24 ///
25 ///
26 ///
27 ///
28 ///

January Schofield v. County of Los Angeles, et al.                Case No: 2:22-cv-05590-JGB (AS)

PG. 2
REQUEST TO CLERK

|   |   |
|---|---|
|   | **JANUARY SCHOFIELD** |
|   | PRO SE LITIGANT |

**DATED**: OCTOBER 2, 2023

*January Schofield* (signature)

**JANUARY SCHOFIELD**

PRO SE LITIGANT

January Schofield v. County of Los Angeles, et al.   Case No: 2:22-cv-05590-JGB (AS)

PG. 3
REQUEST TO CLERK