1  JANUARY SCHOFIELD
2  33244 Churchill St.
3  Lake Elsinore, CA. 92530
4  (661) 369-3206
5  **PLAINTIFF IN PRO PER**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JANUARY SCHOFIELD, and individual, | Case No: 2:22-cv-05590-JGB (AS) |
|---|---|
| PLAINTIFF | DECLARATION OF JANUARY SCHOFIELD, PLAINTIFF RE OSC RE FAILURE OF PLAINTIFF TO FILE A CASE MANAGEMENT REPORT |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| DEFENDANTS | |

### DECLARATION OF JANUARY SCHOFIELD RE FAILURE OF PLAINTIFF TO FILE A CASE MANAGEMENT REPORT

I, January Schofield, hereby declare

I am the Plaintiff in the above entitled case. If called upon to do so, I would and could competently testify to the following facts which are within my own personal knowledge.

1. On June 20, 2023, this Court issued orders regarding the deadline for filing individual Case Management Reports. (Docket No. 31).
2. On August 21, 2023, I filed my individual Case Management Report under

the "Electronic Document Submission System for People without Lawyers" people who are not represented by attorneys may now submit documents for filing through the Court's Electronic Document Submission System (EDSS). (See Exhibit A, attached).

3. Simultaneously with this declaration, I am filing the Case Management Statement on behalf of myself.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of August, 2023.

JANUARY SCHOFIELD
PRO SE LITIGANT

**DATED**: AUGUST 29, 2023

*January Schofield*

JANUARY SCHOFIELD
PRO SE LITIGANT