1 JANUARY SCHOFIELD

2 33244 Churchill St.

3 Lake Elsinore, CA. 92530

4 (661) 369-3206

5 **PLAINTIFF IN PRO PER**



FILED
CLERK, U.S. DISTRICT COURT
OCT 2 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____EEE_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JANUARY SCHOFIELD, and individual,

      PLAINTIFF

      v.

COUNTY OF LOS ANGELES, et al.,

      DEFENDANTS

Case No: 2:22-cv-05590-JGB (AS)

EXHIBIT B

**EXHIBIT B**

January Schofield v. County of Los Angeles, et al.    Case No: 2:22-cv-05590-JGB (AS)

PG. 1
EXHIBIT B



## Submission Confirmation
1 message

**Civil Intake** <do-not-reply@cacd.uscourts.gov>  Tue, Aug 29, 2023 at 8:58 PM
To: janischofield01@gmail.com

**Dear January Schofield:**

This email confirms that the document(s) listed below were received by the United States District Court for the Central District of California at the date and time indicated:

**Name:** January Schofield
**Tracking Number:** EDS-230829-000-8895
**Date:** 8/29/2023 8:58:19 PM

Uploaded files:

- **Case Management Report.pdf**
- **Declaration.pdf**

The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF"). Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

If you are registered for electronic service of documents and receiving e-service in this case, you will receive a Notice of Electronic Filing ("NEF") from the CM/ECF System as soon as each document listed above has been filed. (Click here for information about registering for electronic service or to add e-service in this case.) If you are not registered for electronic service, you may check the status of your documents by checking the docket for your case on PACER (https://pacer.uscourts.gov). Please wait at least two business days after receiving this email and check the docket for your case on PACER before contacting the Court regarding the status of documents submitted through EDSS.

If you are trying to file a document in a case pending before the United States Bankruptcy Court, or in any case pending in any court other than the United States District Court for the Central District of California, your document will not be filed and you will not receive any response to your EDSS submission. Likewise, if you are an attorney required by the local rules to file your documents electronically using the Court's CM/ECF System, your document(s) will not be filed if submitted through EDSS, and you will not receive any further communication from the Court about your EDSS submission.

Please include the tracking number listed above as your reference on any communications with the Court about this submission. We recommend that you keep this email for your records.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535