UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-05590-JGB (AS) | Date | October 4, 2023 |
|---|---|---|---|
| Title | *January Schofield v. County of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):**  ORDER RE RESPONSE TO 8/24/2023 CASE MANAGEMENT REPORT (DKT. NO. 36)

On October 2, 2023, Plaintiff filed a Request Under F.R.C.P. Rule 60(a). (Dkt. No. 53). The Court acknowledges Plaintiff's request for clarification and directs Plaintiff to respond to Defendants' request for a stay as set forth in their Case Management Report dated August 24, 2023. ("Due to the need for the petition process to be completed, the parties cannot begin discovery in earnest until the order and records are obtained from the juvenile court."). (Dkt. No. 36 at 4).

Plaintiff must respond within one week of this order — no later than **October 11, 2023**.

**IT IS SO ORDERED.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |