1  JANUARY SCHOFIELD

2  4429. E Village Rd.   #410

3  Long Beach, CA. 90808

4  (661) 369-3206 **PLAINTIFF**

5  **IN PRO PER**



FILED
CLERK, U.S. DISTRICT COURT
OCT 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____EEE_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JANUARY SCHOFIELD

PLAINTIFF

v.

COUNTY OF LOS ANGELES, et al.;

DEFENDANTS

Case No: 2:22-cv-05590-JGB (AS)

**PROOF OF SERVICE OF CASE MANAGEMENT REPORT**

I, Cory Cabana, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On September 8, 2023, I served the following documents on Defendant WENDY CONTRERAS, by first class mail:

(1)  Case Management Report (Docket Nos. 30, 40)

Defendant WENDY CONTRERAS was served at the address and time indicated below:

January Schofield v. County of Los Angeles, et al.    Case No: 2:22-cv-05590-JGB (AS)

PG. 1
PROOF OF SERVICE OF SUMMONS

**TIME OF DELIVERY**: 12:53 P.M.

**Jennifer Gysler, Representing: WENDY CONTRERAS**

200 N. Westlake Blvd., Ste 204

Westlake Village, CA 91362

Sworn under penalty of perjury pursuant to the laws of the State of California.

D<span style="font-variant:small-caps">ated</span>: S<span style="font-variant:small-caps">eptember</span> 10, 2023

_____

C<span style="font-variant:small-caps">ory</span> C<span style="font-variant:small-caps">abana</span>

January Schofield v. County of Los Angeles, et al.    Case No: 2:22-cv-05590-JGB (AS)

PG. 2
PROOF OF SERVICE OF SUMMONS