UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-05590-JGB (AS) | Date | October 16, 2023 |
|---|---|---|---|
| Title | *January Schofield v. County of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings (In Chambers):**   **ORDER RE RESPONSE TO MOTION TO COMPEL AND PROTECTIVE ORDER**

On October 11, 2023, Plaintiff filed an opposition to Defendants' request for a stay of discovery, a motion to compel the County of Los Angeles to produce juvenile case files and records, and a request for a protective order. (Dkt. No. 60). Defendants are ordered to respond to the Plaintiff's motion to compel and the protective order request.

Defendants must respond within two weeks of this order — no later than **October 30, 2023**.

**IT IS SO ORDERED.**

Initials of Preparer   AF                 0 : 00