**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 16 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NIXIE    910 4C 1         7210/13/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

Not @ this address

FILED
CLERK, U.S. DISTRICT COURT
OCT 16 2023
CENTRAL DISTRICT OF CALIFORNIA
BY CPO      DEPUTY

(AS)

2:22-CV-5590

UTF

Case: 2:22cv5590  Doc: 41

January Schofield
33244 Churchill Street
Lake Elsinore, CA 92530

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36480077@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-05590-JGB-AS January Schofield v. County of Los Angeles et al Deficiency in Electronically Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/5/2023 at 9:10 AM PDT and filed on 8/29/2023

| | |
|---|---|
| **Case Name:** | January Schofield v. County of Los Angeles et al |
| **Case Number:** | 2:22-cv-05590-JGB-AS |
| **Filer:** | |
| **Document Number:** | 41 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Case Management Report[40]. The following error(s) was/were found: Fed. R. Civ. P. 5 no proof of service attached. You need not take any action in response to this notice unless and until the Court directs you to do so. (hr)**

**2:22-cv-05590-JGB-AS Notice has been electronically mailed to:**
Jon F Monroy    triallawyermonroy@gmail.com
Ashleigh Reif Kasper    akasper@ohaganmeyer.com, sperez@ohaganmeyer.com
Jennifer E Gysler    jennifergysler@gmail.com
**2:22-cv-05590-JGB-AS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
January Schofield
33244 Churchill Street
Lake Elsinore CA 92530