UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS



UTF



NIXIE 910 4C 1 7210/13/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

Note this address



2:22cv5590

(AS)

Case: 2:22cv5590   Doc: 42

January Schofield
33244 Churchill Street
Lake Elsinore, CA 92530

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36498095@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-05590-JGB-AS January Schofield v. County of Los Angeles et al Response By Court to Notice of Deficiencies (G-112B) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/7/2023 at 12:42 PM PDT and filed on 9/7/2023

| | |
|---|---|
| **Case Name:** | January Schofield v. County of Los Angeles et al |
| **Case Number:** | 2:22-cv-05590-JGB-AS |
| **Filer:** | |
| **Document Number:** | 42 |

**Docket Text:**
**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: Report [40] by Magistrate Judge Alka Sagar. Plaintiff is directed to serve the document on defendants and file a proof of service in accordance with Local Civil Rule 5-3.1.2 by no later than September 14, 2023. (et)**

**2:22-cv-05590-JGB-AS Notice has been electronically mailed to:**
Jon F Monroy    triallawyermonroy@gmail.com
Ashleigh Reif Kasper    akasper@ohaganmeyer.com, sperez@ohaganmeyer.com
Jennifer E Gysler    jennifergysler@gmail.com
**2:22-cv-05590-JGB-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
January Schofield
33244 Churchill Street
Lake Elsinore CA 92530