**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Los Angeles PO&C 90052

THU 23 SEP 2023 PM

CLERK U.S. DISTRICT COURT

OCT 1 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY    CPO              DEPUTY

2:22-CV-5590

(AS)

Not here
CTF

7210/13/23

910    4C 1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN

NIXIE

Case: 2:22cv5590   Doc: 47

January  Schofield
33244 Churchill Street
Lake Elsinore, CA 92530

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36608731@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-05590-JGB-AS January Schofield v. County of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/26/2023 at 5:00 PM PDT and filed on 9/26/2023

| | |
|---|---|
| **Case Name:** | January Schofield v. County of Los Angeles et al |
| **Case Number:** | 2:22-cv-05590-JGB-AS |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**MINUTES (In Chambers): ORDER RE REPONSE TO 8/23/2023 COURT ORDER by Magistrate Judge Alka Sagar, re: Order to Show Cause [38]. Plaintiff is ordered to respond to the Court's Order dated August 28, 2023 (Dkt. No. 38) addressing whether this case should be stayed pending the disclosure of the juvenile records. Plaintiff must respond one week of this order - no later than October 2, 2023. (see document for further details) (hr)**

**2:22-cv-05590-JGB-AS Notice has been electronically mailed to:**
Jon F Monroy    triallawyermonroy@gmail.com
Ashleigh Reif Kasper    akasper@ohaganmeyer.com, sperez@ohaganmeyer.com
Jennifer E Gysler    jennifergysler@gmail.com
**2:22-cv-05590-JGB-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
January Schofield
33244 Churchill Street
Lake Elsinore CA 92530