# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV22-05590-JGB (AS) | Date | October 17, 2023 |
|---|---|---|---|
| Title | January Schofield v. County of Los Angeles et al | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER REQUIRING PLAINTIFF TO PROVIDE COURT WITH CURRENT ADDRESS PURSUANT TO LOCAL RULE 41-6

    Plaintiff in the above-entitled civil rights action is apparently no longer located at her address of record. The Court reminds Plaintiff that she is obligated to keep the Court informed of her current address and telephone number, pursuant to Local Civil Rule 41-6. Plaintiff is ORDERED to notify this Court of her current address and telephone number within **ten days** of the date of this Order. Plaintiff is expressly cautioned that if she fails to respond to this Order, the Court will recommend that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b), for Plaintiff's failure to prosecute.

    The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff and counsel for Defendant.

|  | 0 : 00 |
|---|---|
|  | Initials of Preparer    AF |