**O'HAGAN MEYER LLP**
ASHLEIGH R. KASPER, SB# 294963
　E-Mail: akasper@ohaganmeyer.com
550 South Hope Street, Suite 2400
Los Angeles, California 90071
Telephone: 213.647.0071

Attorneys for Maryvale

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANUARY SCHOFIELD, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity; JUDY THOMAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; KAREN LA, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; WENDY CONTRERAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; JULIET MACIAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; LINDA FLORES, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; VERONICA BETANCOURT-PAREZ, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services; MARYVALE, a California Corporation; and DOES 1-15<br><br>　　　　Defendants. | Case No. 2:22-cv-05590-JGB (AS)<br><br>**DEFENDANT MARYVALE'S RESPONSE TO PLAINTIFF'S OPPOSITION AND MOTION TO COMPEL**<br><br>Trial Date:　　None Set |

93270865.1

DEFENDANT MARYVALE'S RESPONSE TO PLAINTIFF'S OPPOSITION AND MOTION TO COMPEL

Defendant MARYVALE ("Maryvale"), by and through its counsel of record, submits its Response to Plaintiff JANUARY SCHOFIELD's ("Plaintiff") Opposition to Defendants' request for a stay of discovery and motion to compel the County of Los Angeles to produce juvenile case files and records, and a request for a protective over (Dkt. No. 60) in compliance with the Court's Order dated October 16, 2023 (Dkt. No. 61).

Maryvale has no objection to Plaintiff's efforts to secure an order from this Court expediting the Los Angeles County Superior Court Juvenile Division's release of its file pertaining to Plaintiff, subject to the conditions that: (1) the names and identifying information of any other minors present in the records be redacted to protect the privacy of those minors; (2) the records be issued pursuant to a protective order such as the one detailed in Plaintiff's Proposed Order (Dkt. No. 60-1); and (3) the records be made equally available to all parties in this litigation. Maryvale notes that Plaintiff's Proposed Order does not include Counsel for Maryvale as a recipient of the records to be produced (Dkt. No. 60-1 pp. 8-9). Maryvale assumes this was an oversight on Plaintiff's part and requests that the Proposed Order be augmented to include Maryvale's counsel of record as a recipient of these records.

DATED: October 30, 2023          Respectfully submitted,

                                         **O'HAGAN MEYER LLP**

                                         By:    /s/ Ashleigh R. Kasper
                                                 ASHLEIGH R. KASPER
                                                 Attorneys for Defendant MARYVALE

# CERTIFICATE OF SERVICE

I certify that on October 30, 2023, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

Counsel for the county defendants:

Jennifer E. Gysler
Monroy Averbuck and Gysler
32123 Lindero Cny Road Suite 301
Westlake Village, CA 91362
818-400-4812
Email: jennifergysler@gmail.com

Jon F. MonroyMonroy Averbuck and Gysler
200 North Westlake Boulevard Suie 204
Westlake Village, CA 91362
805-914-3077
Fax: 818-400-4812
Email: triallawyermonroy@gmail.com

I further certify that a copy of the foregoing document(s) was served via FedEx to the person(s) listed below:

Plaintiff In Pro Per:

January Schofield
4429 East Village Rd. #410
Long Beach, CA 90808

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 30, 2023, at Los Angeles, California.

DAUGHERTY LORDAN, LLP

By: /s/ Ashleigh Kasper

ASHLEIGH R. KASPER