UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-05590-JGB (AS) | Date | November 7, 2023 |
|---|---|---|---|
| Title | *January Schofield v. County of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings (In Chambers):**     ORDER GRANTING DISCOVERY STAY PENDING RECEIPT OF JUVENILE RECORDS (DKT. NO. 36)

On August 24, 2023, County Defendants filed a Case Management Report ("CMR") in which they requested a stay on discovery proceedings until after juvenile records at issue in this case are released by the Juvenile Court. (Dkt. No. 36). On October 11, 2023, Plaintiff filed her opposition to County Defendants' request for a stay. (Dkt. No. 60).

Plaintiff, proceeding *pro se*, is suing the County of Los Angeles, employees of the County's Department of Children and Family Services ("DCFS"), and six social workers, alleging that they lied, falsified, and suppressed exculpatory evidence in order to wrongly remove her from her mother's custody when she was a minor. (Dkt. No. 19. at 2, 3). The Juvenile Court maintains DCFS records, including on child abuse investigations and dependency case files at issue in this lawsuit. Welfare & Institution Code ("W&IC") §827 governs the access, release, and use of juvenile case file documents, and proceedings brought to obtain these files constitute an §827 Petition. This Court has ordered parties to follow the §827 Petition process to get the juvenile records in this case released. (Dkt. No. 68).

County Defendants argue that the juvenile records are essential to this case and parties cannot begin discovery in earnest until the records are obtained from the Juvenile Court. The Court agrees, finding that, because much of this lawsuit is likely predicated upon the contents of the juvenile records, discovery should be stayed until after the records are received.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 22-05590-JGB (AS) | Date | November 7, 2023 |
|---|---|---|---|
| Title | *January Schofield v. County of Los Angeles, et al.* | | |

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | AF | | |