```
1  JANUARY SCHOFIELD
2  4429 E. Village Rd. #410,
3  Long Beach, Ca. 90808
4  (661) 857-2120
5  PLAINTIFF IN PRO PER
```

FILED
CLERK, U.S. DISTRICT COURT
11/6/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD, and individual,<br><br>PLAINTIFF<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS)<br><br>PLAINTIFF'S REQUEST BY CLERK TO UPDATE ADDRESS |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff January Schofield hereby requests that the Clerk of the above-entitled Court to update her address to: <u>4429 E. Village Rd. #410, Long Beach, Ca. 90808</u>

**JANUARY SCHOFIELD**
Pro Se Litigant

**DATED**: OCTOBER 21, 2023

*January Schofield*
**JANUARY SCHOFIELD**
Pro Se Litigant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28