UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV22-05590-JGB (AS) | Date | November 8, 2023 |
|---|---|---|---|
| Title | January Schofield v. County of Los Angeles, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS)** ORDER RE PLAINTTIFF'S REQUEST TO UPDATE ADDRESS

On November 6, 2023, Plaintiff filed a "Request to Update Address" (Docket No. 70). The Court grants Plaintiff's request.

The Clerk of the Court is directed to update plaintiff's address to: 4429 E. Village Rd. #410, Long Beach, CA 90802.

IT IS SO ORDERED.

| | 0 : 00 |
|---|---|
| Initials of Preparer | AF |