**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

RTS

Case: 2:22cv5590   Doc: 61

January Schofield
33244 Churchill Street
Lake Elsinore, CA 92530

2:22cv5590
AS



FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

-R-T-S-   925302220-1N   11/09/23
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Case: 2:22cv5590   Doc: 61

January Schofield
33244 Churchill Street
Lake Elsinore, CA 92530

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36721896@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-05590-JGB-AS January Schofield v. County of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/16/2023 at 5:28 PM PDT and filed on 10/16/2023

| | |
|---|---|
| **Case Name:** | January Schofield v. County of Los Angeles et al |
| **Case Number:** | 2:22-cv-05590-JGB-AS |
| **Filer:** | |
| **Document Number:** | 61 |

**Docket Text:**
**MINUTES (In Chambers): ORDER RE REPONSE TO MOTION TO COMPEL AND PROTECTIVE ORDER by Magistrate Judge Alka Sagar, re: MOTION to Compel and for Protective Order[60]. Defendants must respond within two weeks of this order - no later than October 30, 2023. (hr)**

**2:22-cv-05590-JGB-AS Notice has been electronically mailed to:**
Jon F Monroy    triallawyermonroy@gmail.com
Ashleigh Reif Kasper    akasper@ohaganmeyer.com, sperez@ohaganmeyer.com
Jennifer E Gysler    jennifergysler@gmail.com
**2:22-cv-05590-JGB-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
January Schofield
33244 Churchill Street
Lake Elsinore CA 92530