**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



```
R-T-S-    925305547-1N           11/13/23

          RETURN TO SENDER
          UNABLE TO FORWARD
          UNABLE TO FORWARD
          RETURN TO SENDER
```



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 16 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
NOV 16 2023
CENTRAL DISTRICT OF CALIFORNIA
BY MMC   DEPUTY



2:22cv5590

(AS)



Case: 2:22cv5590  Doc: 65

January Schofield
33244 Churchill Street
Lake Elsinore, CA 92530

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36729338@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-05590-JGB-AS January Schofield v. County of Los Angeles et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/17/2023 at 4:38 PM PDT and filed on 10/17/2023

| | |
|---|---|
| **Case Name:** | January Schofield v. County of Los Angeles et al |
| **Case Number:** | 2:22-cv-05590-JGB-AS |
| **Filer:** | |
| **Document Number:** | 65 |

**Docket Text:**
**MINUTE (IN CHAMBERS) ORDER REQUIRING PLAINTIFF TO PROVIDE COURT WITH CURRENT ADDRESS PURSUANT TO LOCAL RULE 41-6 by Magistrate Judge Alka Sagar. Plaintiff is ORDERED to notify this Court of her current address and telephone number within ten days of the date of this Order. (see document for further details) (hr)**

**2:22-cv-05590-JGB-AS Notice has been electronically mailed to:**
Jon F Monroy     triallawyermonroy@gmail.com
Ashleigh Reif Kasper     akasper@ohaganmeyer.com, sperez@ohaganmeyer.com
Jennifer E Gysler     jennifergysler@gmail.com
**2:22-cv-05590-JGB-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
January Schofield
33244 Churchill Street
Lake Elsinore CA 92530