JANUARY SCHOFIELD

4429 E. Village Rd. #410

Long Beach, CA 90808

(661) 857-2120

**PLAINTIFF IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT
12/8/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUARY SCHOFIELD, and individual,<br><br>PLAINTIFF<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>DEFENDANTS | Case No: 2:22-cv-05590-JGB (AS)<br><br>PLAINTIFF'S REQUEST BY CLERK TO UPDATE ADDRESS |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

    Plaintiff January Schofield hereby requests that the Clerk of the above-entitled Court to update her address to: <u>4429 E. Village Rd. #410 Long Beach, CA 90808</u>

**JANUARY SCHOFIELD**

PRO SE LITIGANT

**DATED**: DECEMBER 8, 2023

*January Schofield*

**JANUARY SCHOFIELD**

PRO SE LITIGANT

January Schofield v. County of Los Angeles, et al.   Case No: 2:22-cv-05590-JGB (AS)

PG. 1
REQUEST TO CLERK

| | |
|---|---|
| January Schofield v. County of Los Angeles, et al. | Case No: 2:22-cv-05590-JGB (AS) |

PG. 2
REQUEST TO CLERK