JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JANUARY SCHOFIELD,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES,<br>et. al.,<br><br>          Defendants. | Case No. CV 22-5590-JGB (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the motion to consolidate this action with a related action, the records of this case, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Plaintiff's Motion to Consolidate this action with *Susan Schofield v. County of Los Angeles, et. al.*,

1 | Case No. 2:22-cv-04332-JGB-AS, is GRANTED; All future filings will
2 | be filed under the lower number case: 2:22-cv-04332-JGB-AS; and
3 | Case No. 2:22-cv-05590-JGB-AS shall be closed.

  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on the parties.

  DATED: October 31, 2025

  _____
  JESUS G. BERNAL
  UNITED STATES DISTRICT JUDGE